**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Connecticut
                              (State)

Case number (if known): _____ Chapter 11

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Spectrum Healthcare, LLC | |

2. **All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**     0 6 – 1 5 5 6 1 4 9

4. **Debtor's address**

**Principal place of business**

27 Naek Rd.
Number    Street

_____

Vernon, CT 06066
City                State      ZIP Code

_____
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box 2417
P.O. Box

Vernon, CT 06066
City                State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

_____

City                State      ZIP Code

5. **Debtor's website** (URL)     www.spectrumcare.com

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | Spectrum Healthcare, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No
- ☒ Yes.   District Connecticut, Hartford Division   When 09/10/2012   Case number 12-22206
  MM / DD / YYYY
- District _____   When _____   Case number _____
  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☒ Yes.   Debtor See attached schedule   Relationship _____
- District _____   When _____
  MM / DD / YYYY
- Case number, if known _____

| Debtor | Spectrum Healthcare, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | | State | ZIP Code |
|---|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49         ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99        ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199      ☐ 10,001-25,000     ☐ More than 100,000
☒ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☒ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

---

| Debtor | Spectrum Healthcare, LLC | | Case number (if known) | |
| | Name | | | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/06/2016
MM / DD / YYYY

✘ /s/ Sean Murphy

Signature of authorized representative of debtor

Sean Murphy
Printed name

Title  Chief Financial Officer

**18. Signature of attorney**

✘ _____
Signature of attorney for debtor

Date _____
MM / DD / YYYY

Elizabeth Austin
Printed name

Pullman & Comley LLC
Firm name

850 Main Street, P.O. Box 7006
Number    Street

Bridgeport
City

CT
State

06601-7006
ZIP Code

203-330-2243
Contact phone

eaustin@pullcom.com
Email address

_____
Bar number

_____
State

## SCHEDULE

**LIST OF AFFILIATED DEBTORS**

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition with this Court for relief under chapter 11 of the Bankruptcy Code.

| Debtor | Relationship | District | Date Filed | Case Number, if known |
|---|---|---|---|---|
| Spectrum Healthcare Derby, LLC | Affiliate | Connecticut | October 6, 2016 | |
| Spectrum Healthcare Hartford, LLC | Affiliate | Connecticut | October 6, 2016 | |
| Spectrum Healthcare Manchester, LLC | Affiliate | Connecticut | October 6, 2016 | |
| Spectrum Healthcare Torrington, LLC | Affiliate | Connecticut | October 6, 2016 | |

**Debtor name**   Spectrum Healthcare, LLC

## UNITED STATES BANKRUPTCY COURT DISTRICT OF CONNECTICUT

Case No. (If known)

Official Form 204

### Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  IPC The Hospitalist Company, Inc. P.O. Box 844929 Los Angeles, CA 90084-4929 | IPC The Hospitalist Company, Inc. P.O. Box 844929 Los Angeles, CA 90084-4929 | Vendor | | | | $80,500.00 |
| 2  ConnectiCare Inc. P.O. Box 416191 Boston, MA 02241-6191 | ConnectiCare Inc. P.O. Box 416191 Boston, MA 02241-6191 | Vendor | | | | $46,765.85 |
| 3  The Garden City Group, Inc. 1985 Marcus Ave Suite 200 Lake Success, NY 11042 | The Garden City Group, Inc. 1985 Marcus Ave Suite 200 Lake Success, NY 11042 | Vendor | | | | $33,827.91 |
| 4  Blum, Shapiro & Company P.C Dept. 106067 P.O. Box 150489 Hartford, CT 06115-0489 | Blum, Shapiro & Company P.C Dept. 106067 P.O. Box 150489 Hartford, CT 06115-0489 | Vendor | | | | $29,843.42 |
| 5  Joseph A. Brenes 464 Wolcott Rd Wolcott, CT 06716 | Joseph A. Brenes 464 Wolcott Rd Wolcott, CT 06716 | Vendor | | | | $28,000.00 |
| 6  Planetree 130 Division St. Derby, CT 06418 | Planetree 130 Division St. Derby, CT 06418 | Vendor | | | | $23,942.01 |

Debtor name   Spectrum Healthcare, LLC                                    Case No. (If known)

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7  Healthcap RRG<br>Billing Dept<br>P.O. Box 2946<br>Ann Arbor, MI 48106-2946 | Healthcap RRG<br>Billing Dept<br>P.O. Box 2946<br>Ann Arbor, MI 48106-2946 | Vendor | | | | $20,877.93 |
| 8  Cigna Healthcare<br>C/o Wells Fargo Bank<br>Dept. 59<br>Denver, CO 80291 | Cigna Healthcare<br>C/o Wells Fargo Bank<br>Dept. 59<br>Denver, CO 80291 | Vendor | | | | $20,221.22 |
| 9  Robinson & Cole<br>280 Trumbull St.<br>Hartford, CT 06103-3597 | Robinson & Cole<br>280 Trumbull St.<br>Hartford, CT 06103-3597 | Vendor | | | | $16,113.06 |
| 10  Iron Mountain<br>PO. Box 27128<br>New York, NY 10087-7128 | Iron Mountain<br>PO. Box 27128<br>New York, NY 10087-7128<br>Tel: (860) 298-3400 | Vendor | | | | $14,273.23 |
| 11  Murtha Cullina<br>Cityplace I<br>185 Asylum Street<br>Hartford, CT 06103 | Murtha Cullina<br>Cityplace I<br>185 Asylum Street<br>Hartford, CT 06103 | Vendor | | | | $9,295.00 |
| 12  Shipman,Shaiken & Schwefel, LLC<br>433 S. Main St.<br>Suite 319<br>W Hartford, CT 06110 | Shipman,Shaiken & Schwefel, LLC<br>433 S. Main St.<br>Suite 319<br>W Hartford, CT 06110<br>Tel: (860) 606-1700<br>Fax: (860) 606-1770 | Vendor | | | | $6,122.38 |
| 13  Tool 4 Data, LLC<br>176 Rt. 81, Suite 4A<br>Killingworth, CT 06419 | Tool 4 Data, LLC<br>176 Rt. 81, Suite 4A<br>Killingworth, CT 06419<br>Tel: (860) 227-0677 | Vendor | | | | $4,186.90 |

Debtor name  **Spectrum Healthcare, LLC**                                    Case No. (If known) _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Medcor, Inc<br>P.O. Box 75570<br>Cleveland, OH 44101-4755 | Medcor, Inc<br>P.O. Box 75570<br>Cleveland, OH 44101-4755 | Vendor | | | | $4,050.00 |
| 15  Saucier Mechanical Services, Inc.<br>148 North St.<br>Plantsville, CT 06479 | Saucier Mechanical Services, Inc.<br>148 North St.<br>Plantsville, CT 06479 | Vendor | | | | $3,651.58 |
| 16  Elm Press<br>16 Tremco Dr.<br>Terryville, CT 06786 | Elm Press<br>16 Tremco Dr.<br>Terryville, CT 06786 | Vendor | | | | $3,292.61 |
| 17  Guardian<br>P.O Box 824404<br>Philadelphia, PA 19182-4404 | Guardian<br>P.O Box 824404<br>Philadelphia, PA 19182-4404 | Vendor | | | | $2,672.20 |
| 18  Adp - 401k<br>P.O. Box 842875<br>Boston, MA 02284-2875 | Adp - 401k<br>P.O. Box 842875<br>Boston, MA 02284-2875 | Vendor | | | | $2,124.27 |
| 19  Constangy, Brooks, Smith,& Prophete, LLP<br>P.O. Box 102476<br>Atlanta, GA 30368-0476 | Constangy, Brooks, Smith,& Prophete, LLP<br>P.O. Box 102476<br>Atlanta, GA 30368-0476 | Vendor | | | | $2,100.00 |
| 20  ABILITY Network, Inc.<br>Dept. CH 16577<br>Palatine, IL 60055-6577 | ABILITY Network, Inc.<br>Dept. CH 16577<br>Palatine, IL 60055-6577 | Vendor | | | | $1,893.75 |

**Fill in this information to identify the case and this filing:**

Debtor Name  Spectrum Healthcare, LLC

United States Bankruptcy Court for the: _____ District of Connecticut
(State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/06/2016          **✗** /s/ Sean Murphy
MM / DD / YYYY            Signature of individual signing on behalf of debtor

Sean Murphy
Printed name

Chief Financial Officer
Position or relationship to debtor

## United States Bankruptcy Court

### District of Connecticut

In re:

Spectrum Healthcare, LLC

Case No. _____

Chapter    11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Sean Murphy, declare under penalty of perjury that I am the Chief Financial Officer of Spectrum Healthcare, LLC, a  Connecticut Corporation and that on 09/05/2012 the following resolution was duly adopted by the H. Dickstein, B. Dickstein, S. Murphy of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Sean Murphy, CFO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Sean Murphy, CFO of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Bo It Further Resolved, that Sean Murphy, CFO of this Corporation, is authorized and directed to employ Elizabeth J. Austin, attorney and the law firm of Pullman & Comley LLC to represent the Corporation in such bankruptcy case."

Executed on:      October 6, 2016

Signed:   _____
Sean Murphy

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: | Chapter 11 |
| SPECTRUM HEALTHCARE, LLC, | Case No. 16-_____ (___) |
| Debtor. | |

## LIST OF EQUITY HOLDERS

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, the

following identifies all holders having a direct or indirect ownership interest, of the above-

captioned debtor in possession (the "Debtor").

| Name and Last Known Address of Equity Interest Holder | Percentage of Interest | Type of Equity Interest |
|---|---|---|
| Howard Dickstein 27 Naek Road Vernon, CT 06066 | 86.66% | Membership Interest |
| Brian Dickstein 27 Naek Road Vernon, CT 06066 | 6.67% | Membership Interest |
| Sean Murphy 27 Naek Road Vernon, CT 06066 | 6.67% | Membership Interest |

I, Sean Murphy, the undersigned Chief Financial Officer of Spectrum

Healthcare, LLC, named as the debtor in this case, declare under penalty of perjury that I have

read the list of equity security holders and that it is true and correct to the best of my

information and belief.

Executed this  6th  day of  October , 2016, at Vernon, Connecticut.

/s/Sean Murphy

_____

Sean Murphy
Chief Financial Officer

# United States Bankruptcy Court
## District of Connecticut

In re   **Spectrum Healthcare, LLC**                                    Case No. _____

                                        Debtor(s)                      Chapter    **11**   _____

# VERIFICATION OF CREDITOR MATRIX

I, Sean Murphy, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of

creditors is true and correct to the best of my knowledge.

Date:   October 6, 2016 _____        /s/Sean Murphy _____
                                                Sean Murphy
                                                Chief Financial Officer

AA Pest Contorl Co    Inc
457 Center St
Manchester, CT 06042


AAA Nursing Care LLC
3303 Main St
Stratford, CT 06614


AAAA
Attn Mrs Ester Sanches Naek
164 Dockeral Road
Tolland, CT 06084


ABILITY Network  Inc
Dept CH 16577
Palatine, IL 60055-6577


Able Scale Equipment
PO Box 1292
Manchester, CT 06045


Accelerated Care Plus Corp
13828 Collections Center Dr
Chicago, IL 60693


Access Ambulance sServices
PO Box 188
North Haven, CT 06473


ACMA
11701 West 36th Street
Little Rock, AR 72211


Action Air
131 Adams St
Manchester, CT 06040


Activity Connections
818 SW Third AVe
222
Portland, OR 97204

Adaptive Prosthetics Orthotics  LLC
52 National Dr
Glastonbury, CT 06033


Admento Promotions Group
11 Hanover Square
9th Floor
New York, NY 10005


Adp   401k
PO Box 842875
Boston, MA 02284-2875


ADP  Inc
PO Box 842875
Boston, MA 02284-2875


ADP Inc UCM
PO Box 7247 0372
Philadelphia, PA 19170-0372


Advance Dental Office
1250 Summer St
Suite 302
Stamford, CT 06905


Advanced Staffing Associate  LLC
55 Whiting St
Suite 1B
Plainville, CT 06062


Aetna Ambualnce Services  Inc
PO Box 1150
Manchester, CT 06045


Aflac
1932 wynnton Rd
Columbus, GA 31993-0797

```
AKZO Nobel Paints
21033 Network Place
Chicago, IL 60673


Alco Sales Service Co
6851 High Grobe Blvd
Burr Ridge, IL 60521


Alimed Inc
PO Box 9135
Dedham, MA 02027-9135


All Med health Care Inc
PO Box 4576
Wallingford, CT 06492


All STate Fire Equipment
PO Box 4370
Wallingford, CT 06492


All Waste  Inc
PO Box 2472
Hartford, CT 06146


Allscripts
24630 Nework Place
Chicago, IL 60673-1246


Allscripts Healthcare Inc
24630 Network Place
Chicago, IL 60673-124


Alpha Med Inc
315 B 4th St
Lakewood, NJ 08701


ALTCFM
95 West Street
Rocky Hill, CT 06067
```

Ambualnce Services of Manchester  LLC
PO Box 300
Manchester, CT 06045


American Arbitration Assoc
One Center Plaza
Third Floor
Boston, MA 02108


American Medical Response of CT Inc
PO Box 100296
Atlanta, GA 30384-0296


American National Insuranc Company
One Moody Plaza
Galveston, TX 77550-7999


Ameriderm Laboratories  LTD
126 Pennsylvania Ave
Paterson, NJ 07503


Andrea Bertussi
123 Main St Apt B
Broad Brook, CT 06016


Anil K Vithala  M D
110 Main St
East Hartford, CT 06118


Anquillare  Ruocco  Traester and Company
PO Box 308
West Haven, CT 06516


Anthem BCBS
PO Box 1050
North Haven, CT 06473


Anthem Life
Department L 8111
Columbus, OH 43268-8111

Archivesone  Inc
PO Box 13005
Lewiston, ME 04243-9505


Around The Clock Nursing Care LLC
145 Talcottville Rd
Vernon Rockville, CT 06066


Art Signs
8 Middle Butcher Rd
Ellington, CT 06029


Assessment Systems  Inc
PO Box 13046
Philadelphia, PA 19101-3046


Associate in Cardiovascular Medicine PC
1215 New Litchfield St
Torrington, CT 06790


Assurant Employee Benefits
PO Box 807009
Kansas City, MO 64184-7009


AT T Long Distance East
PO Box 8107
Aurora, IL 60507-8107


AT T Yellow Pages
PO Box 5010
Carol Stream, IL 60197-5010


ATT
PO Box 5082
Carol Stream, IL 60197-5082


ATT
PO Box 8110
Aurora, IL 60507-8110

ATT Advertising Solutions
PO Box 5010
Carol Stream, IL 60197-5010


ATT Global Services  Inc
PO Box 9009
Carol Stream, IL 60197-9009


ATT TeleConference Services
PO Box 5002
Carol Stream, IL 60197-5002


ATT Voice Conferencing Services
Payment Center
PO Box 8103
Aurora, IL 60507-8103


Audrey Severa
C/O Attorney Katrina Camera
525 Bridgeport Ave
Shelton, CT 06484


AUSA Check Recovery
PO Box 55841
Boston, MA 02205-5841


Avaya Financial Services
PO Box 93000
Chicago, IL 60673-3000


BankDirect Capital Finance
PO Box 660448
Dallas, TX 75266-448


Barbara Hallisey
50 Meritt Valley Rd
Andover, CT 06232


BBC Lighting and Supply
2015 West St Paul Ave
Milwaukee, WI 53233

Bell Glass Service
568 Talcvottville Rd
Vernon Rockville, CT 06066


Bender Plumbing Suppod of Hartford  LLC
197 Wawarme Ave
Hartford, CT 06114


Berkshire Alarm
PO Box 879
33 Thomaston Rd
Litchfield, CT 06759


Bernard Food Industries  Inc
PO Box 1497
Evanston, IL 60204-1497


Bigman Consulting Service
1740 Ellington Rd
Rte 30
South Windsor, CT 06074


Bill Kohler
135 Ida Ave
Derby, CT 06418


Bill Walach
21 Mountain St
Vernon Rockville, CT 06066


Bimbo Foods Inc
PO Box 827810
Philadelphia, PA 19182-7810


Birmingham Health Center
210 Chatfield St
Derby, CT 06418


Birometrics
2 Corporate Dr
Trumbull, CT 06611

Blue Wave
PO Box 2358
54 Hartford Turnpike
Vernon Rockville, CT 06066


Blum  Shapiro Company P C
Dept 106067
PO Box 150489
Hartford, CT 06115-0489


Blum Shapiro Consulting
Accounts Receivable Dept 106067
PO Box 150489
Hartford, CT 06115-0489


BNA Books
30 Mayfield Avenue
PO Box 7814
Edison, NJ 08818


Boston Orthotics  Inc
30 Robert W Boyden Rd
Unit 1100 A
Taunton, MA 02780


Braman
PO Box 368
Agawam, MA 01001


Brian Colbath
DBA Colbath Colors
45 Fennbrook Rd
W Hartford, CT 06119


Brian Gilie
42 Blackfood Court
Guilford, CT 06437


Bridgeport Health Care Center
600 Bond St
Bridgeport, CT 06610

Briggs Corp
PO Box 1355
Des Moines, IA 503051-135


Bristol Hospiatl Inc
PO Box 1280
Bristol, CT 06011


Bruce Hazard
101 Hilltop Rd
Cheshire, CT 06410


Bruce T Brennan  MD
22 Westfield Ave
Ansonia, CT 06401


BSD Care
2915 Avenue K
Brooklyn, NY 11210


Budget Installment Corp
PO Box 9153
Garden City, NY 11530


Builder Hardware
PO Box 330345
W Hartford, CT 06133-0345


Burgess Health Association
DBA Heatlhtrac
PO Box 8000 518
Buffalo, NY 14267


Burlenski Consulting Associates
218 Wood Pond Rd
Cheshire, CT 06410


C B O T F C
22 Minex Rd
Bristol, CT 06010

Cablevision Media Sales Corp
PO Box 19301
Newark, NJ 07195-0301


CAHCF
111 Founders Plaza
Suite 1002
East Hartford, CT 06108


Campion Ambulance Service
15 West Dover St
Waterbury, CT 06706-1028


Canon Fiancial Services  Inc
14904 Collections Center Drive
Chicago, IL 60693


CANPFA
1340 Worthington Ridge
Kensington, CT 06037


Cardiology Associates of Derby  P C
PO Box 354
Derby, CT 06418


Career Builder com
13047 Collection Center Drive
Chicago, IL 60693-0130


Careerbuilder  LLC
13047 Collection Center Drive
Chicago, IL 60693-0130


CareerTrack
PO Box 219468
Kansas City, MO 64121-9468


Carlos Schweitzer
300 Seymore Ave
Derby, CT 06418

Carls True Value Hardwar Store
78 North Elm St
Torrington, CT 06790

Carney Moustakakis MDS
701 Cottage Grove Rd
Suite A210
Bloomfield, CT 06002

Carol Work
60 Tyler Hill Rd
Naugatuck, CT 06770

Caroline Amrich
224 Torcon Dr
Torrington, CT 06790

CBS Outdoors
PO Box 33074
Newark, NJ 07188-0074

CCI Incorporated
247B Boston Post Rd
East Lyme, CT 06333

Central Connecticut Cardiologists  LLC
Suite 47
19 Woodland St
Hartford, CT 06106

Central Transport
PO Box 33299
Detroit, MI 48232

Chariots of Hope
45 Barber Pond Rd
Bloomfield, CT 06002

Charlies
520 Hartford Tpke
Vernon-Rockville, CT 06066

Charlotte Hungerford Hospital
PO Box 988
540 Litchfield St
Torrington, CT 06790-0988


Chris Merwin
18 Locust Dr
Mahopac, NY 10541


Chubb Son
PO Box 382001
Pittsburgh, PA 15250-8001


CHWCT
PO Box 30393
Hartford, CT 06150


Cigna Healthcare
C/o Wells Fargo Bank
Dept 59
Denver, CO 80291


Ciry of Ansonia
253 Main St
Ansonia, CT 06401-1872


Citizen Watch Company of America  Inc
1000 West 190th St
Torrance, CA 90502-1040


CIty of Ansonia Harvest Festival
253 Main St
Ansonia, CT 06401


City of Derby
35 Fifth Street City Hall
Derby, CT 06418


City of Derby WPCA
1 Elizabeth St
Derby, CT 06418

City of Hartford
PO Box 2719
Hartford, CT 06143


City of Torrington
140 Main St
Torrington, CT 06790


Clarendon Consulting Inc
1817 Gardenia Avenue
Merrick, NY 11566


Clear Channel Broadcasting Inc
PO Box 406039
Atlanta, GA 30384-6039


Clinical Laboratory Partners  LLC
PO Box 40000  Dept 739
Hartford, CT 06151


CLP
PO Box 150493
Hartford, CT 06115-0493


Cohn Birnbaum Shea
100 Pearl St
Hartford, CT 06103


Collaborative Laboratory Services
PO Box 320660
Hartford, CT 06132


Collector  T/O Vernon
8 Park Place
PO Box 387
Vernon Rockville, CT 06066


Collector of Revenue
Town of Winchester
338 Main St
Winsted, CT 8603794474

Color Graphix  LLC
PO Box 545
Southbury, CT 06488


Comcast
PO Box 1577
Newark, NJ 07101-1577


Comcast Spotlight
PO Box 415949
Boston, MA 02241-5949


Commissioner of Revenue Services
PO Box 2936
Hartford, CT 06104-2936


Commissioner of Revenue Services
PO Box 5089
Hartford, CT 06102-5089


Commisssioner DSS
6999 East Middle Trnpk
Manchester, CT 06040


Commonwealth Annuity and Life Ins Co
PO Box 83047
Lincoln, NE 68501-3047


Competitive Edge Services
210 Worcester St
North Grafton, MA 01536


Complet Waste RemovalRecycling Service
PO Box 415
25 Norton Place
Plainville, CT 06062


Compudata Health Corporation
333 South Market St
PO Box 431
Selinsgrove, PA 17870

Conn Orthopedic Specialist
PO Box 5576
Hamden, CT 06518-0576


Connecticare  Inc
PO Box 30726
Hartford, CT 06150


ConnectiCare Inc
PO Box 416191
Boston, MA 02241-6191


Connecticut Center fo rOrthopedicSurgery
PO Box 1199
Hartford, CT 06143


Connecticut Gatroenterology Associate
1000 Aslyum Ave
Suite 3212
Hartford, CT 06105


Connecticut Light and Power
PO Box 150493
Hartford, CT 06115-0493


Connecticut Natural Gas  Co
PO Box 9245
Chelsea, MA 02150-9245


Connecticut Post
Dept 0393
PO Box 40000
Hartford, CT 06151


Connecticute Surgical Group
PO Box 427
Farmington, CT 06034-0427


Constangy  Brooks  Smith  Prophete  LLP
PO Box 102476
Atlanta, GA 30368-0476

Consulting Cardiologists  PC
85 Seymour St
719
Hartford, CT 06106-5560


Consulting Opthalmologists
499 Farmington Ave
Sutie 10
Farmington, CT 06032


Conyers Hardware
63 Tolland Turnpike
Manchester, CT 06042


Cornell ILR AR
PO Box 6838
Ithaca, NY 14851-6838


Cornerstone Accounting Group
PO Box 182
Plainville, CT 06062-0182


Cornerstone Medical Services
115 Hurley Rd 6C
Oxford, CT 06478


Costco
PO Box 34783
Seattle, WA 98124


Cox Communication
PO Box 182656
Columbus, OH 43218-2656


Cox Media  LLC
13229 Collection Center Drive
Chicago, IL 60693


Crest Healthcare Supply
195 South Third St
Dassel, MN 55325-0727

Crystal Rock Water  Co
1050 Buckingham St
Watertown, CT 06795-0998


CT Assoc of Healthcare Facilities
111 Founders Plaza 10th Fl
East Hartford, CT 06108


CT Emergency Medicine Specialty
PO Box 2699  Dept 200
Hartford, CT 06146-0000


CT Multispecialty Group
PO Box 587
Rocky Hill, CT 06067-0587


CT Oncology
200 Kennedy Dr
Torrington, CT 06790-3096


CT Secretary of State
30 Trinity Street
PO Box 150470
Hartford, CT 06115-0470


CT Valley Radiology
PO Box 352
Windsor, CT 06095


Czepiga Law Group
48 Christian Lane
Newington, CT 06111


D Dubaldo Electric Co LLC
16 Harrison St
Manchester, CT 06040


Dan Gardella
72 Greystone Rd Ext
Plymouth, CT 06782

Dancin In the City
42 Alice Lane
Southington, CT 06489


Dart Chart Systems  LLC
Accoutns Receivable
3825 W Green Tree Rd
Milwaukee, WI 53209


David L Cafaro
73 Riggs St
Oxford, CT 06478


Day Pitney  LLP
PO Box 33300
Hartford, CT 06150-3300


Dell Account
PO Box 9020
Des Moines, IA 50368


Dell Business Credit
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197


Dell Commercial Credit
PO Box 9020
Des Moines, IA 50368


Dell Financial Services
Payment Processing Cente
PO Box 5292
Carol Stream, IL 60197-5292


Dell Marketing
Box 371964
Pittsburgh, PA 15250

Deluxe Business Forms
PO Box 742572
Cincinnati, OH 45274-2572

Department of Revenue Services
State of Connecticut
PO Box 2936
Hartford, CT 06104-2936

Dept of Revenue Services   CE Division
25 Sigourney Street
Hartford, CT 06106

Dermatopathology Lab
PO Box 30000
Dept 5127
Hartford, CT 06150-5127

Deutsch Williams Brooks
99 Summer St
Boston, MA 02110

DHL
PO Box 4723
Houston, TX 77210

DialAmerica Mktg
960 Macarthur Blvd
Mahwah, NJ 07495

Direct Supply
Box 88201
Milwaukee, WI 53288

Direct Suppy   Inc
PO Box 88201
Milwaukee, WI 53288-0201

DirectTV
PO Box 60036
Los Angeles, CA 90060-0036

Doug Codianni
13 Wislook St
Waterbury, CT 06705


Doyles Medical Supply LLC
25 Coe place
Torrington, CT 06790


Dr Constantine Zariphes  III
945 Main St
Suite 102
Manchester, CT 06040


Dr Hira Jain
153 Main St
Suite 9
Manchester, CT 06042


Durant  Nichols  Houston
1057 Broad Street
Bridgeport, CT 06604


Dynasplint Systems  Inc
770 Ritvhie Highwy
Suite W21
Severna Park, MD 21146


Dzen Sheet Metal Constractors  Inc
74 Ranney St
East Hartford, CT 06108


Eagle Leasing Co
PO Box 923
Orange, CT 06477


Eastern CT Cardiology Assoc
43 West Middle Trnpk
Manchester, CT 06040

Eastern CT Imaging Group
PO Box 939
Windsor, CT 06095


Echo Hose Ambulance
PO Box 213
Shelton, CT 06484


Economic Studies
1608 Walnut Street
Eighth Floor
Philadelphia, PA 19103


EFK of CT DB Nelson Ambulance
PO Box 188
North Haven, CT 06473


Eimicke
PO Box 3463
Mankato, MN 56002-3463


Eldercare Communication
680 Northland Blvd
Bld C
Cincinnati, OH 45240


Element Financial Corp
655 Business Center Drive
Suite 250
Horsham, PA 19044


Elizabeth Begley
81 Country Club Rd
Avon, CT 06001


Elizabeth Santus
416 Butternut Ct
Orange, CT 06477

Elm Press
16 Tremco Dr
Terryville, CT 06786


Evergreen Imaging Center  LLC
PO Box 219
Windsor, CT 06095


Expanets
PO Box 26231
New York, NY 10087-6231


Falcon Leasing
1310 Madrid St
Suite 106
Marshall, MN 56258


FedEx
PO Box 371461
Pittsburgh, PA 15250


Feldman and Hickey  LLC
10 Waterside Dr
Suite 303
Farmington, CT 06032


Fidelity Security Life Insurance Company
3130 Broadway
PO Box 418131
Kansas City, MO 64141-9131


First Colony Life Ins Co
PO Box 79314
Baltimore, MD 21279-0314


FIRST Insurance Funding Corp
PO Box 66468
Chicago, IL 60666-0468

Flat Iron
PO Box 712195
Denver, CO 80271-2195


Frederick F Ward II
433 So Main Street 101
West Hartford, CT 06110


Fredrick Kristoff
16 Kenneth Dr
Vernon Rockville, CT 06066


Fuller Office/Office Fur
131 Pitkin St
East Hartford, CT 06108


Fuss ONeill
146 Hartford Rd
Manchester, CT 06040-5921


Gastroenterology Spec
22 Westfield Ave
Ansonia, CT 06401


Gaylord Hospital  Inc
Box 400
Wallingford, CT 06492


GDF Suez Energy Resouces NA
PO Box 25237
Lehigh Valley, PA 18002-5237


General American
PO Box 790196
Saint Louis, MO 63179-0196


Gensis Rehab Services
515 Fairmont Ave
C/O Dwane Edwards 10th fl
Towson, MD 21286

Genworth Life and Annuity Insurance
PO Box 79314
Baltimore, MD 21279-0314


George Clark  III
D/b/a ADigital Video
58 Summerhill Road
Wallingford, CT 06492


George Martin
290 B Connemara Dr
Myrtle Beach, SC 29579


Geriatric Medical
PO Box2503
Woburn, MA 01888-2503


Gericare Psych
464 Wolcott Rd
Wolcott, CT 06716


Gilberto E Ramirez  M D
421 Cottage Grove Rd
Bloomfield, CT 06002


Gordon O Holder  DDS
971 Marshall Phelps Rd
Windsor, CT 06095


Goulet Glass Inc
DBA Sullivan Glass
12 Loomis St
Winsted, CT 06098


Grainger
Dept 830068912
Palatine, IL 60038-0001


Greater Harford Textile  LLC
41 Fourth St
New London, CT 06320

Greater Hartford Orthopedic
1000 Asylum Ave
Suite 2126
Hartford, CT 06105


Greater manchester Chamber of Commerce
20 Hartford Rd
Manchester, CT 06040


Greystone Finance Corporation
8144 Walnut Hill Lane
Sutie 900
Dallas, TX 75231


Griffin Faculty Practice Plan
Griffin Hospital
130 Division St
Derby, CT 06418


Griffin Hosp Dev Fund  I
130 Division St
Derby, CT 06418


Griffin Pathology Cons  PC
21 Cocasset St
Foxboro, MA 02035-2995


Groton Computer Group
441 Long Hill Road
Suite 22A
Groton, CT 06340


Guardian
PO Box 824404
Philadelphia, PA 19182-4404


Hanger Prosth Otho Inc
10 Country Line Dr
Cromwell, CT 06416

Hanover
PO Box 580045
Charlotte, NC 28258-0045


Harington Paving
PO Box 128
Harwinton, CT 06791


Hartford Courant
PO Box 79152
Phoenix, AZ 85062-9152


Hartford Hospital
PO Box 5037
Hartford, CT 06101-9960


Hartford Publications
563 Franklin Ave
Hartford, CT 06114


Hawington Paving
PO Box 128
Harwinton, CT 06791


HCPro
PO Box 1168
Marblehead, MA 01945


HD Supply Facilityies Maintenance
PO Box 509058
San Diego, CA 92150


Health Financial Systems
8109 Laguna Blvd
Elk Grove, CA 95758


Health Tracburgess Health Associates Inc
PO Box 8000 518
Buffalo, NY 14267

Healthcap RRG
Billing Dept
PO Box 2946
Ann Arbor, MI 48106-2946


Healthcare Information Network
PO Box 147
Liverpool, NY 13088


Healthdrive Medical Dental Practices
85 Barnes Rd
Wallingford, CT 06497


Healthdrive Audiology Group
25 Needham St
Newton Highlands, MA 02461


Healthdrive Dental Group
888 Worcester St
Wellesley, MA 02782-3744


Healthdrive Eye Care Group
85 Barnes Rd
Wallingford, CT 06497


Healthdrive Podiatry Group
25 Needham St
Newton Highlands, MA 02461


Healthdrive Podiattry CT
25 Needham St
Newton Highlands, MA 02461


Healthy Advice Communication
11408 Otter Creek South Rd
Mabelvale, AR 72103


Healthy Advice Communications
PO Box 193810
Little Rock, AR 72219

Hearst CT Post
Bridgeport Advertising
PO Box 33767
Hartford, CT 06150-3767


Heart Specialists PC of Southern CT
4 Corporate Dr
Suite 100
Shelton, CT 06484-6266


Hess Coporation
PO Box 905243
Charlotte, NC 28290-5243


HFMA
PO Box 4237
Carol Stream, IL 60197


Hill Rom
PO Box v643592
Pittsburgh, PA 15264-3592


Home Depot 79016312468
Attn Credit Service Dept
Macon, GA 31297-9903


Hometown Publications
1000 Bridgeport Ave
Shelton, CT 06484


Horiizon HCS  Inc
PO Box 7288
Duluth, MN 55807


Housatonic Ortho  Med Ctr
111 Wakelee Ave
Ansonia, CT 06401


HPC Foodservices
PO Box 150473
Hartford, CT 06115-0473

Hudson Home Healthcare
151 Rockwell Rd
Newington, CT 06111


Hudson Seating Mobility
151 Rockwell Rd
Newington, CT 06111-5535


Huntington Medical Assoc
21 Huntington Plaza
Shelton, CT 06484


Huntington Power Equipment
PO Box 2040
Shelton, CT 06484


Ignace Palumbo
3 Farrell Dr
Ansonia, CT 06401


IKON
Financial Services
PO Box 41564
Philadelphia, PA 19101-1564


Imagistics
PO Box 856193
Louisville, KY 40285


Inovus
15508 E 19th Ave Unit H
Aurora, CO 80011


Interland  Inc
Domain Registration
303 Peachtree Ctr Av 5th
Atlanta, GA 30303


International Micro Design  Inc
8109 Laguna Boulevard
Elk Grove, CA 95758

IPC The Hospitalist Company  Inc
PO Box 844929
Los Angeles, CA 90084-4929


Iron Mountain
PO Box 27128
New York, NY 10087-7128


Irving Levin Assoc  Inc
268 1/2 Main Avenue
Norwalk, CT 06851


Irving Levin Associates  Inc
237 elm St
Second Floor
New Canaan, CT 06840


Ivans
PO Box 850001
Orlando, FL 32885-0033


J A Sexauer
PO Box 404284
Atlanta, GA 30384-4284


Jack Finkelstein  MD
40 Gay ST
Sharon, CT 06069


James J Torrant  Inc
PO Box 507
Winsted, CT 06098


James Sheehan
650 Horse Pond Rd
Madison, CT 06443


Jane Marin
68 Lakeview Terrace
Derby, CT 06418

Jane Marin
68 Lakeview Terrace
Deby, CT 06418


Jane S Marin
Dba Song of the Heart
68 Lakeview Terrace
Derby, CT 06418


Janet Williams
100 Bull Hill Rd
Colchester, CT 06415


Jefferson X Ray Group PC
DBA Hospital Radiologists
PO Box 18201
Newark, NJ 07191


Jenks Healthcare Bus Rep
72 Park Street
Suite 104
New Canaan, CT 06840-4532


Jerfferson Radiology
PO Box 95000 3655
Philadelphia, PA 19195


Jerry Brown
122A Cayuga Lane
Stratford, CT 06614


JJL Bio Med Services  Inc
58 East Otter Dr
Granville, MA 01034


JMR Consulting
575 No Roast Mt Hill Rd
Killingworth, CT 06419

John Ciambriello  Jr
85 Wilson Ave
West Haven, CT 06516


John Demplsey Hospital
263 Farmington Ave
Farmington, CT 06034-4033


John M Rak
33 Elizabeth St
Derby, CT 06418


John Mariano
155 Pleastview Dr
Suffield, CT 06078


John Marino  MD
2408 Whitney Ave
Hamden, CT 06518


John P Shannon  Jr
PO Box 27
Plymouth, CT 06782


John Redgate
396 Taft Ave
Bridgeport, CT 06604


Johnson Memorial Hospital
201 Chestnut Hill Rd
Stafford Springs, CT 06076


Joseph A Brenes
464 Wolcott Rd
Wolcott, CT 06716


Joseph A Brenes  MD CMD
464 Wolcott Rd
Wolcott, CT 06716

Joseph Vitale
575 Highland Ave
Cheshire, CT 06410


Judge ProTech LLC
Jack Judge
69 OConnell Rd Ext
Colchester, CT 06415


K Chaisson MD K Doubler  MD
130 Division St
Derby, CT 06418


Kahan  Kerensky Caposs
45 Hartford Turnpike
PO Box K
Vernon Rockville, CT 06066


Kate Gubbiotti
154 Lincoln Ave
Winsted, CT 06098


Katharine B Sacks  Attorney at Law  LLC
165 Bishop St
New Haven, CT 06511-3717


Katie Kopcha
1 Woodbridge Court
Southington, CT 06489


KCI USA
PO Box 203086
Houston, TX 77216 3086


Kevin Blakeley
24 Alison Ave
Wallingford, CT 06492


Kimberly Washington
167 Frederick St
Torrington, CT 06790

Kitch Drutchas Wagner Valitutti
Sherbrook
1 Woodward Ave Suite 2400
Detroit, MI 48226-5485


Kolsa Window Janitorial Svc
121 Natsisky Farm Rd
South Windsor, CT 06074


Kone Inc
PO Box 429
Moline, IL 61266


Krasnogor Krasnogor LLP
706 Bedford St
Stamford, CT 06901


Kroll Backround America Inc
PO Box 1418
Columbus, GA 31902-1418


Krystal Kleer LLC
PO Box 605
Moberly, MO 65270-0605


Land and Wheels
7811North 86th St
Milwaukee, WI 53224


Lands End Bus Outfitters
PO Box 217
Dodgeville, WI 53533-0217


Larry Batter
PO Box 932
Rocky Hill, CT 06067-0932


Law Office of John H Norton  LLC
88 N Livingston Ave
PO Box 2130
Livingston, NJ 07039

Les Julian
PO Box 3488
New Haven, CT 06515-0174


Leslie A Williamson   JR
45 North Rd
Botsford, CT 064043


Levy Droney  PC
PO Box 887
Farmington, CT 06034-0887


LGCD Blum Shapiro  LLC
29 South Main Street
PO Box 272000
West Hartford, CT 06127-2000


Liberty Mutual Insurance Group
PO Box 7247 0109
Philadelphia, PA 19170-0109


Linda Wells
41 Elm Hill Rd
Vernon Rockville, CT 06066


Litchfield Hills Ortho
245 Alvord Park Rd
Torrington, CT 06790


Lithcfield County Foot Clinic
95 New Litchfield St
Torrington, CT 06790


Liturgical Pulications Inc
5 Progress Dr
Cromwell, CT 06416-0199


Logo Concepts  LLC
26 Alderwood Dr
W Hartford, CT 06117-1501

Lorraine Recidivi
420 Funston AVe
Torrington, CT 06790


Lung Associates of CT
PO Box 3160
Andover, MA 01810-0803


M B S C
35 Pearl St
Suite 300
New Britain, CT 06051


M E Qadir  MD
300 Seymour Ave
Suite 204
Derby, CT 06418


MailFinance
25881 Network Place
Chicago, IL 60673-1258


Manchester Memorial Hospital
320 Main St
Manchester, CT 06040


Manchester Police Explorers
PO Box 413
Manchester, CT 06045


Manchester Safe Lock
649 Main St
Manchester, CT 06040


Marcum LLP
555 Long Wharf Dr
12th Floor
New Haven, CT 06511

```
Maria Byrne  MD
98 York St
Dept S018
New Haven, CT 06511-5602


Marilyn C Burlenski  RN  BSN
218 Wood Pond Rd
Cheshire, CT 06410


Markle Investigatins  Inc
PO Box 502
North Haven, CT 06473


Mary Morse
PO Box 64
Marlborough, CT 06447-0064


Mathog Montiello
100 South Shore Dr
PO Box 120650
East Haven, CT 06512-0650


Matrixcare
Bin 32
PO Box 1414
Minneapolis, MN 55480-1414


Maya Associates
256 Post Road East
Westport, CT 06880


McCormick  Paulding Huber
City Place II 185 Asylum St
18th floor
Hartford, CT 06103


McDermott Will Emery LLP
PO Box 6043
Chicago, IL 60680-6043
```

MDC
555 Main St
PO Box 800
Hartford, CT 06142-0800


MDT Achieve  Inc
940 West Port Plaza Drive
Suite 100
Saint Louis, MO 63146


Med Essentials
PO Box 343
New Hartford, CT 06057


Med Pass
10800 Industry Lane
Miamisburg, OH 45342


Medcor  Inc
PO Box 75570
Cleveland, OH 44101-4755


Medical Anethesiology Associates PC
4 Armstron Rd
Shelton, CT 06484-4721


Medical Resource
PO Box 430
Cordova, TN 38088-0430


Medicom
1122 Coney Island Ave
Brooklyn, NY 11230


Medline
PO Box 382075
Pittsburgh, PA 15251-8075


Medline Industries  Inc
PO Box 382075
Pittsburgh, PA 15251-8075

Medoptions  Inc
PO Box 2949
Hartford, CT 06104


Medoptions Behavioral Health Assoc    PC
PO Box 5023
New Britain, CT 06050


Meficanix
30 Nurney St
Stamford, CT 06902


Melissa Cox
491 Marble Rd
Orange, CT 06477


MetLife
PO Box 41800
Philadelphia, PA 19101-1800


Metlife SBC
PO Box 804466
Kansas City, MO 64180-4466


Metro Wheelchair Services   Inc
PO Box 300
Manchester, CT 06045


Michael Baroody MD LLC
46 Federal Rd
Danbury, CT 06810


Michael Meehan
65 Babcock Tavern Rd
Ware, MA 01082


Michalik  Bauer  Silvia  Ciccarillo
35 Pearl St
Suite 300
New Britain, CT 06051-2645

Michaud Duffy Group LLP
Centerpoint
306 Industrial Park Rd Ste 206
Middletown, CT 06457


Michaud Kinney Group LLP
306 Industrial Park Rd
Suite 206
Middletown, CT 06457-1532


Midcap funding IV  LLC
Attn Officer  General or Managing Agent
7255 Woodmont Avenue
Suite 200
Bethesda, MD 20814


Midwest Business
PO Box 270655
Saint Louis, MO 63127


Midwest Business Forms
PO Box 270655
Saint Louis, MO 63127


Minuteman Press
Post Road Plaza
352 Hartford Tpke
Vernon-Rockville, CT 06066


Mobilex USA
PO Box 17462
Baltimore, MD 21297-0518


Monster  Inc
PO 34649
Newark, NJ 07189,


Morris  Nichols  Arsht Tunnell
Po Box 1347
Wilmington, DE 19899-1347

Mr Electric
12 Commercial St
Branford, CT 06405


MT Sinai Rehab
490 Blues Hill Have
Hartford, CT 06112-1513


Murtha Cullina
Cityplace I
185 Asylum Street
Hartford, CT 06103


Muzak
8000 S Orange Ave
Suite 201
Orlando, FL 32809


National Association of Social Workers
2139 Silas Deane Highway
Rocky Hill, CT 06067


National Datacare Coporation
PO Box 222430
Chantilly, VA 20153-2430


National Government Services  Inc
NGS 13001 NY Part A Non MSP
PO Box 809366
Chicago, IL 60680-9366


Naugatuck Valley Health District
98 Bank Street
Seymour, CT 06483


Naylor  LLC
Accounts Receivable
PO Box 847865
Dallas, TX 75284-7865

NEHCE Pension Fund
77 Huyshope AVe
2nd Floor
Hartford, CT 06106


NEHCE Training Fund
77 Huyshope Ave
2nd Floor
Hartford, CT 06106


Nehceuhpf
77 Huyshope Ave
2nd Floor
Hartford, CT 06106


Neighborcare
PO Box 758844
Baltimore, MD 21275-8844


Neighborcare
PO Box 81014
Woburn, MA 01813


Nellie Everts
17 North St
Ansonia, CT 06401


Nephrology Associates  P C
900 Madison Ave
Bridgeport, CT 06606-5534


New England Healthcare  Employee Union
District 1199
77 Huyshope Ave 2nd Fl
Hartford, CT 06106


New England Orthopaedic Center
538 Litchfield St
Taconic, CT 06079

New Haven Radiology Assoc
PO Box 9137
Brookline, MA 02446


New Haven Register
40 Sargent Drive
New Haven, CT 06511


New Milford Hospital Inc
PO Box 5001
21 Elm St
New Milford, CT 06776


Nina Romaneko
111 Vernon Rd
Bolton, CT 06043


Northeast medical Group Bridgeport
PO Box 415126
Boston, MA 02241-5126


Northeast Rooter Sewer Drain
PO Box 433
Manchester, CT 06045


Northeast Utilitites
PO Box 150493
Hartford, CT 06115-0493


Northwest Connecticuts Chanber
333 Kennedy Dr
PO Box 59
Torrington, CT 06790


Northwest CT YMCA
C/O Grand Prix Series Director
259 Prospect St
Torrington, CT 06790

Northwest Foot Specialists  LLP
62 Peck Rd
Torrington, CT 06790


Nulife Med LLC
7 Shelly Dr
Derry, NH 03038


Occupational Health Center of
The Southwest  PA
PO Box 8960
Elkridge, MD 21075


OCE IMAGISTICS  INC
100 Oakview Drive
Trumbull, CT 06611-4724


Oksana Kloyzner  MD
701F Cottage Grove Rd
Bloomfield, CT 06002


Olga Plaza
371 Farmington AVe
Apt B
Hartford, CT 06105


Oncology Associates  P C
300 Hebron Ave
Suite 202
Glastonbury, CT 06033


Onion Electric
PO Box 476
Winsted, CT 06098


Onmicare of Annapolis JCT
PO Box 758844
Baltimore, MD 21275

Orthopaedic Group LLC
199 Whitney Ave
New Haven, CT 06511


Pacific Link
64 Commercial Ave
Garden City, NY 11530


Park  Weinstein  Caparrino Norton  LLP
75 Main St
Suite 101
Millburn, NJ 07041


Patrick W Boatman  LLC
111 Founders Plaza
Suite 1000
East Hartford, CT 06108


Patty McQueen/Communication Strategies
28 Runde Lane
Bloomfield, CT 06002


Paul Kulas
120 Ellison St
Suffield, CT 06078


Paul Murray  MD
1000 Asylum Ave
Hartford, CT 06105


Pauls Lanscaping
18 Beverly Lane
Shelton, CT 06484


PBCC
PO Box 856460
Louisville, KY 40285


Peacock Associates
C 5 Shipway Place
Boston, MA 02129

Pegasus Airwave
PO Box 530436
Atlanta, GA 303530435


Peterson  Johnson Murray  S C
788 North Jefferson St
Suite 500
Milwaukee, WI 53202


Petricones Torrington Pharmacy
110 East Main St
Torrington, CT 06790


Phelan Chemical
37 Allison Lane
West Springfield, MA 01089


Philadelphia Insurance Companies
PO Box 70251
Philadelphia, PA 19176


Pierce Campbell Irish Music
PO Box 7285
Prospect, CT 06712


Pitney Bowes
Facsimilie Division
PO Box 371887
Pittsburgh, PA 15250-7887


Planetree
130 Division St
Derby, CT 06418


Platinumcare
240 52nd St
Brooklyn, NY 11220


PLIC   SBD Des Moines
PO Box 10333
Des Moines, IA 50306-0333

Polivy Taschner LLC
Six Central Row
Second Floor
Hartford, CT 06103


Postmaster
54 Hartford Tpke Ste 1
Vernon Rockville, CT 06066


Preferred Therapy Solutions
809 Main St
Suite 203
East Hartford, CT 06108


Prime Care Services  Inc
520 Sykes Rd
Fall River, MA 02720


Processing Center
PO Box 688938
Des Moines, IA 50368-8938


Progressive Benefit Solution LLC
23 Maiden Lane
North Haven, CT 06473


Progressive Benefit Solutions
23 Maiden Lane
North Haven, CT 06473


ProHealth Physicians
52 Peck Rd
Torrington, CT 06790


Protective Life
PO Box 2224
Birmingham, AL 35246-0030


PSR Networks
PO Box 936
Ware, MA 01082

Pullman Comley  LLC
PO Box 7006
Bridgeport, CT 06601-7006


Pulmonary Specialities  PC
130 Division St
Derby, CT 06418-1326


Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


Quality Wallcovering Remodeling Co
164 Plymouth St
Halifax, MA 02338


Quest Diagnostics  Inc
2025 Collection Center Dr
Chicago, IL 60693


R J Mase Inc
PO Box 2032
Norwalk, CT 068522032


R Pontillo
282 Redwood Rd
Manchester, CT 06040


Rainbow Advertising Sales Corp
PO Box 19301
Newark, NJ 07195-0301


Raintech Sound Communications  Inc
250 Sheldon Rd
Manchester, CT 06042


Rashid Family Limited Partnership
27 Naek Rd
Vernon Rockville, CT 06066

Red hawk Fire Security
PO Box 842422
Boston, MA 02284-2422


Regional Water Authority
230 Beaver St
Ansonia, CT 06401


Reminder Media
PO Box 150
Vernon Rockville, CT 06066


Reminder Press  Inc
130 Old Town Rd
PO Box 27
Vernon Rockville, CT 06066


Renaissance Health Care
1157 Highland Ave
Suite 101
Cheshire, CT 06410


Reptrax
708 valley Ridge Circle
Suite 1
Lewisville, TX 75057


Research In Motion Corporation
12432 Collections Center Drive
Chicago, IL 60693


Research Services
Riverdale Farms Bldg 1
124 Simsbury Rd
Avon, CT 06001


Reserve Account
PO Box 223648
Pittsburgh, PA 15250-2648

Retina Consultants  PC
191 Main St
Manchester, CT 06041


RF Technologies
PO Box 1170
Milwaukee, WI 53201-1170


Ricardo Longoria
1F Kingsley Ct
Rocky Hill, CT 06067


Richard A Dagenais
134 Holabird Ave
Winsted, CT 06098


Richard N Krinsky  D O   LLC
1215 New Litchfield St
Torrington, CT 06790


RICOH USA  Inc
PO Box 827577
Philadelphia, PA 19182-7577


Robert Business Machines
676 Tolland St
East Hartford, CT 06108


Robert Half
File 73484
PO Box 60000
San Francisco, CA 94160-3484


Robert Half Finance Accounting
PO Box 743295
Los Angeles, CA 90074-3295


Robert J Badrigian  D D S
5 South Main St
Suite 515
Branford, CT 06405

Robert Novack
255 Leavenworth Rd
Shelton, CT 06484


Robert Russo MD Assoc
PO Box 6128
Bridgeport, CT 06606


Roberts Business Macnhines  Inc
676 Tolland St
East Hartford, CT 06108


Roberts Unlimited
26 Hall Rd
Westbrook, CT 06498


Roberts Unlimted  LLC
26 hall Rd
Westbrook, CT 06498


Robinson Cole
280 Trumbull St
Hartford, CT 06103-3597


Rockvill e General Hospital
Business Office
320 Main St
Manchester, CT 06040


Roger Hart
158 New Lenox Rd
Lenox, MA 01240


Roger Young
22 Tapping Reeve Dr
Litchfield, CT 06759


Royal Disposale Import Domestic
57 00 49th Place
Flushing, NY 11378

Royal Sunalliance RBS Premiums
PO Box 281406
Atlanta, GA 30384-1406


Russel Phillips Associates
500 Cross Keys Office Park
Fairport, NY 14450


Ryan Business Systems  Inc
455 Governors Highway
South Windsor, CT 06074


Ryder Transportation Services
PO Box 96723
Chicago, IL 60693


Sage Software  Inc
8211 Sierra College Blvd
Suite 440
Roseville, CA 95661


Salvador Salgado
54 Jefferson Ave
Danbury, CT 06810


Sams Club Business
PO Box 9001907
Louisville, KY 40290-1907


Sanders  Gale Russell
PO Box 1048
New Haven, CT 06504


Sandra Podany
50 Treeland Road
Shelton, CT 06484


Sanitrol
2400 Foxon Rd
North Branford, CT 06471

Santa Energy Services
154 Admiral St
PO Box 1141
Bridgeport, CT 066011141


Saucier Mechanical Services   Inc
148 North St
Plantsville, CT 06479


SBC Long Distance East
PO Box 1567
Saginaw, MI 486051567


Scenic Landscaping
21 Echo Lane
W Hartford, CT 06107


Sea Isle Coporation
PO Box 81021
Pittsburgh, PA 15217


Sean Murphy
27 Neak Rd
Vernon Rockville, CT 06066


Secretary of the State
PO Box 150470
Hartford, CT 06115-0470


Shane Med Supplies   Inc
PO Box 13
Cedarhurst, NY 11516


Sheldon Cooper
11 Bradford Rd
Hamden, CT 06514


Sherry Langrrock
77 Curt Smith Rd
Southbury, CT 06488

Shipman Shaiken Schwefel  LLC
433 S Main St
Suite 319
W Hartford, CT 06110


Show Tell
54 Hartford Turnpike
PO Box 2358
Vernon-Rockville, CT 06066


Shred it Ct
29 Diana Court
Cheshire, CT 06410


Siemens Industry  Inc
C/O Citibank BLDG TECH
PO Box 2134
Carol Stream, IL 60132


Sign A Rama
950 Yale Ave Unit 28
Wallingford, CT 06492


Simplex Grinnell
Dept CH 10320
Palatine, IL 60055-0320


SKMP Enterprises Inc
PO Box 188
Dba Acfess Ambulance Svc
North Haven, CT 06473


SMB Networks  LLC
451 State St
North Haven, CT 06473


SMC Environmental
PO Box 59
622 Bantam Rd
Litchfield, CT 06759

Snet Conf Calling
PO Box 8536
New Haven, CT 06531-0536


Social Security Admin
300 Spring Garden St
Philadelphia, PA 19123


Social Security Adminstration
PO Box 314400
Jamaica, NY 11431


South Windsor Ambulance
PO Box 290184
Wethersfield, CT 06129


Southern CT Vasculare Center   LLC
PO Box 40
Windsor, CT 06095-0040


Specialty Medical Equipment LLC
50 Kerry Place
Norwood, MA 02062


Spectrum Healthcare Derby   LLC
27 Naek Road
Vernon, CT 06066


Spectrum Healthcare Hartford   LLC
27 Naek Road
Vernon, CT 06066


Spectrum Healthcare Manchester   LLC
27 Naek Road
Vernon, CT 06066


Spectrum Healthcare Torrington   LLC
27 Naek Road
Vernon, CT 06066

Spectrum Healthcare Waterbridge  LLC
27 Naek Road
Vernon, CT 06066


Spectrum Healthcare Winsted  LLC
27 Naek Road
Vernon, CT 06066


Splinting Solutions  LLC
800 Silver Lane
Suite 210
East Hartford, CT 06118


SS Time Corp
1381 N 108th East Avenue
Tulsa, OK 74116-5666


St Francis Hosp MedCtr Occ Health Tor
1598 East Main St
Torrington, CT 06790


St Francis Hospital
114 Woodland St
Business office
Hartford, CT 06105-1299


ST Raheal Faculty Physicians
PO Box 1951
Brattleboro, VT 05302-1951


ST Rapheals Occupational
175 Sherman Ave
New Haven, CT 06511


ST Vincents College
2800 Main St
Bridgeport, CT 06606


Stamps com
PO Box 202921
Dallas, TX 75320-2921

Stanley Healthcare Solutions
Dept CH 10504
Palatine, IL 60055-0504


Staples Crdit Plan
PO Box 689020
Des Moines, IA 50368-9020


Staples Credit Plan
PO Box 689020
Des Moines, IA 50368


Star Linen Hospitality Supply
1501 Lancer Drive
Moorestown, NJ 08057


State Marshall Jesse Smith
Hartford Probate Court
250 Constitiution Plaza 3rd Fl
Hartford, CT 06103


State of Connecticut
Department of Revenue Services
25 Sigourney Street  Suite 2
Hartford, CT 06106-5032


State of Connecticut
Department of Social Services
55 Farmington Avenue
Hartford, CT 06105-3730


Stephen Palmer
471 Colebrook Rd
Winsted, CT 06098


Stephen Press Assoc  LLC
70 Walnut Street
Wellesley, MA 02481

Stericycle
PO Box 6582
Carol Stream, IL 60197


Stones Cleaning Systems
1981 Memorial Dr
PMB 123
Chicopee, MA 01020


Storm Engine Co Ambulance
PO Box 503
East Berlin, CT 06023


Suburban Healthcare/Jobst
344 North Main St
W Hartford, CT 06117


Suburban Stationers
693 High Street
Middletown, CT 06457


Summit Dining Services  Inc
2310 Washington St
Suite 100
Newton Lower Falls, MA 02462


Surgi Care  Inc
PO Box 845352
Boston, MA 02284-5352


Surgical Association of Milford
247 Broad St
Milford, CT 06460


Susman  Duffy Segaloff
PO Box 1684
New Haven, CT 06507


Swallowing Diagnostics  LLC
PO Box 484
Avon, CT 06001

Swllowoing Diagnostics  LLC
PO Box 484
Avon, CT 06001


Synodi Videll  LLC
65 Boston Post Rd
Waterford, CT 06385


T R M Landacaping
PO Box 2035
Vernon Rockville, CT 06066


TD Insurance Agency
PO Box 1369
South Glens Falls, NY 12803-1369


Technical Gas Products
66 Leonardo Dr
North Haven, CT 06473


Technical Gas Products oz safe solution
66 Leonardo Dr
North Haven, CT 06473


Temple Beth Hillel
20 Baker Lane
South Windsor, CT 06074


Terminiix International
PO Box 742592
Cincinnati, OH 452742592


Terry Sweeney
56 Collingwood Rd
Springfield, MA 01119


The Andrew Ansaldi  Co
186 Bidwell St
Manchester, CT 06040

The Colony of Vernon
Route 83
Vernon Rockville, CT 06066


The Eagle Leasing Company
PO Box 923
Orange, CT 06477


The Garden City Group  Inc
1985 Marcus Ave
Suite 200
Lake Success, NY 11042


The Gordon Law Firm LLP
101 Federal Street
17th Floor
Boston, MA 02110


The Hartford
PO Box 2907
Hartford, CT 06104


The Hartford Courant
PO Box 40000 Dept 215
Hartford, CT 06151


The Healthcare Information Nework  Inc
PO Box 147
Liverpool, NY 13088


The Nurse Network
653 Main St
Plantsville, CT 06479


The Rashid Hamid Family LLP
27 Naek Road
Vernon Rockville, CT 06066


The Register Citizen
PO Box 58
Torrington, CT 06790

The Star Silk Woolen Company
12 Tobey Rd
Bloomfield, CT 06002


Thirzah jBendokas
364 North Main St
Naugatuck, CT 06770


Thomas Sansone
35 Todd St
Unit 206
Hamden, CT 06518


Thomas Sweeneny
437 Colonial St
Oakville, CT 06779


Tim Poloski
State Marshal
38 Risley Rd
Vernon, CT 06066


Tina Makowski
PO Box 157
Ansonia, CT 06401


TNT Refrigieration
246 Harmony HIll Rd
Harwinton, CT 06791


Tom Alvord
PO Box 313
Middlefield, CT 06455


Tom Callinan
168 Shore Rd
Clinton, CT 06413


Ton Sha
81 Commerce Way
South Windsor, CT 06074

```
Tony Castle
68 Birchwood Rd
Seymour, CT 06483


Tool 4 Data  LLC
176 Rt 81  Suite 4A
Killingworth, CT 06419


Torrington Radiologists  P C
57 Commercial Blvd
Torrington, CT 06790


Town Center Wines Spir
1735 Ellington Road
South Windsor, CT 06074


Town of Manchester MFRE
PO Box 204
West Suffield, CT 06093


Town of Vernon
8 Park Pl
Vernon, CT 06066


Town of Vernon
8 Park Place
PO Box 923
Vernon Rockville, CT 06066


Trans Ad Outdoor Ltd
15 Highwoods Dr
Guilford, CT 06437


Treasurer  State of Ct
165 Capital Ave
Hartford, CT 06106


Triple A Supplies  Inc
50 Jeanne Dr
Newburgh, NY 12550
```

Tyco Intergrated Security LLC
PO Box 371967
Pittsburgh, PA 15250-7967


Unifed Business Supply  Inc
1550 Larimer st ste 156
Denver, CO 80202


Uninversity Physicians
PO Box 660
Hartford, CT 06143


United Health
DBA United Dental Resources  LLC
620 West Main St
Meriden, CT 06451


United Healthcare
PO Box 36260
Newark, NJ 07188


United Healthcare Insurance
PO Box 740819
Atlanta, GA 30374-0819


United Illuminating
PO Box 8230
Chelsea, MA 02150-9230


United Laboratories
PO Box 410
Saint Charles, IL 60174-0410


United States Treasury
Ogden, UT 84201-0073


UPS
PO Box 7247 0244
Philadelphia, PA 19170-0001

USA Hauling Recycvling   Inc
PO Box 808
East Windsor, CT 06088


USI Ins Services   LLC
PO Box 3716
Norfolk, VA 23514-3716


Valley Cab
26 Beaver St
Ansonia, CT 06401


Valley Chamber of Commerce
900 Bridgeport AVe
Shelton, CT 06484


Valley EMS
PO Box 131
Beacon Falls, CT 06403


Valley Orthopaedic
11 121 Wakelee Ave
Ansonia, CT 06401


Valley Transit District
41 Main st
Derby, CT 06418


Valley Vacular Associates
135 Division St
Ansonia, CT 06401


Value Healthcare Services   Inc
PO Box 715268
Columbus, OH 43271-5268


Vera Arterburn Memorial Scholarship Fund
C/o CAHCF
111 Founders Plaza Suite 1002
East Hartford, CT 06108

Verizon Wireless
PO Box 15062
Albany, NY 12212-5062


Vernon Diner
453 Hartford Turnpike
Vernon-Rockville, CT 06066


Vernon Police Explorer
P Ol Box 242
Vernon Rockville, CT 06066


Via Novus Capital LLC
327 Riverside Avenue
Westport, CT 06880


Visiting Nurse health Services of CT
8 Keystone Dr
Vernon Rockville, CT 06066


VITAS Healthcare Corp
PO Box 409757
Atlanta, GA 30384


VNA Healthcare  Inc
103 Woodland St
Hartford, CT 06105-1233


W B Mason Co   Inc
PO Box 55840
Boston, MA 02205-5840


Wackenhut Coporation
PO Box 277469
Atlanta, GA 30384-7469


Warner Theater
60 Main St
PO Box 1012
Taconic, CT 06079

WCCT
3562 Collections Center Drive
Chicago, IL 60693


WCTX
PO Box 415080
Boston, MA 02241-5080


Webster Insurance
Dept 115035
PO Box 150485
Hartford, CT 06115


Wells Fargo
4 Corporate Drive  Suite 495
Shelton, CT 06484


Wesley Thouin
21 Russell St
Manchester, CT 06040


WFSB   TV
PO Box 13034
Newark, NJ 07188-034


Willie Nininger
PO Box 367
Southbury, CT 06488


Winters Bros Waste Systems CT
PO Box 1937
Danbury, CT 06813-1937


Woodcock Refrigeration
30 Kennedy Rd
PO Box 1133
South Windsor, CT 06074


Wound Care Education Institute
PO Box 334
Stevensville, MI 49127

WTIC
3562 Collections Center Drive
Chicago, IL 60693


WTIC   TV
Robin Herman
1 Coporate Center
Hartford, CT 06103


WTNH
PO Box 415090
Boston, MA 02241


WVIT TV
1422 New Britain Ave
W Hartford, CT 06110


Yale Medical Group
PO Box 30000
Dept 5127
Hartford, CT 06150-5127


Yale New Haven Hospital
PO Box 1403
New Haven, CT 06505


Yale Termite Pest
69 Mott St
Ansonia, CT 06401


Yankee Gas Services
PO Box 2229
Hartford, CT 06145-2229


Yellow Pages America Inc
244 5th Avenue
Suite 200
New York, NY 10001

Zagorsky  Zagorsky Galske  P C
73 East Main Street
PO Box 218
Plainville, CT 06062


Zeisler Zeisler  P C
558 Clinton Ave
Bridgeport, CT 06605


Zurich North America
Dept 2437
Carol Stream, IL 601328