| Debtor Name | **Spectrum Healthcare, LLC** |
| --- | --- |
| **United States Bankruptcy Court for the  District of Connecticut** | |
| Case number (if known): | **16-21635** |

☐ Check if this is an
amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

12/15

---

## Part 1:   Summary of Assets

*1. Schedule A/B: Assets - Real and Personal Property*     (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*..............................................................................

$0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*...........................................................................

$375,081.00

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*...............................................................................

$375,081.00

---

## Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D...........................

$7,518,879.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims*   (Official Form 206E/F)

3a. **Total of amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*.............................................................

$0.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total amount of claims from Part 2 from line 5b of  *Schedule E/F*................................................

+  $8,669,079.14

4.   **Total liabilities** ........................................................................................................
Lines 2 + 3a + 3b

$16,187,958.14

| Debtor Name | **Spectrum Healthcare, LLC** |
|---|---|
| **United States Bankruptcy Court for the  District of Connecticut** | |
| Case number (if known): | **16-21635** |

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                              12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.  In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on  *Schedule G: Executory Contracts and Unexpired Leases*   (Official Form 206G).

Be complete and accurate as possible.  If more space is needed, attach a separate spreadsheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| **All cash of cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | T ype of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | Wells Fargo | Checking | 8070 | $352,335.00 |

4.  **Other cash equivalents**

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$352,335.00

| Part 2: | Deposits and prepayments |
|---|---|

6.  **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

Debtor  Spectrum Healthcare, LLC                                    Case Number (if known) 16-21635

|  |  | Current value of debtor's interest |
|---|---|---|

**7.  Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

  8.1  Prepaid insurance and other prepaid expenses - various        $12,592.00
     holders

**9.  Total of Part 2**
     Add lines 7 through 8.  Copy the total to line 81.                 **$12,592.00**

---

**Part 3:**  **Accounts Receivable**

**10.  Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

                                    Current value of debtor's interest

**11.  Accounts receivable**

  11a. 90 days old or less: _____ - _____ =
                          face amount          doubtful or uncollectible accounts

  11b. Over 90 days old: _____ - _____ =
                          face amount          doubtful or uncollectible accounts

**12.  Total of Part 3**
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:**  **Investments**

**13.  Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

Debtor  Spectrum Healthcare, LLC                                      Case Number (if known) 16-21635

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds of publicly traded stocks not included in Part 1**<br>Name of fund or stock: |  |  |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** |  |  |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** |  |  |
| 17. | **Total of Part 4**<br>Add lines 14 through 16. Copy the total to line 83. |  |  |

| Part 5: | Inventory, excluding agricultural assets |
|---|---|

18. **Does the debtor own any inventory (excluding agricultual assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw Materials** |  |  |  |  |
| 20. **Work in progress** |  |  |  |  |
| 21. **Finished goods, including goods held for resale** |  |  |  |  |
| 22. **Other inventory or supplies** |  |  |  |  |
| 23. **Total of Part 5**<br>Add lines 19 through 22. Copy the total to line 84. |  |  |  |  |

Debtor  Spectrum Healthcare, LLC                                    Case Number (if known) 16-21635

24.  **Is any of the property listed in Part 5 perishable?**

☐ No.

☐ Yes.

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops - either planted of harvested** | | | |
| 29.  **Farm animals** <br> Examples: Livestock, poultry, farm-raised fish | | | |
| 30.  **Farm machinery and equipment** <br> (Other than titled motor vehicles) | | | |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |

Debtor  Spectrum Healthcare, LLC

Case Number (if known) 16-21635

---

32.  **Other farming and fishing-related property not already listed in Part 6**

33.  **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

34.  **Is the debtor a member of an agricultural cooperative?**

☐ No.
☐ Yes.

**Is any of the debtor's property stored at the cooperative?**

☐ No.
☐ Yes.

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.
☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.
☐ Yes.

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

---

Debtor  Spectrum Healthcare, LLC                                    Case Number (if known) 16-21635

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  Office Equipment | | Net book value | $10,154.00 |
| 42. **Collectibles** | | | |

42. **Collectibles**
    Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.                                   | $10,154.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

☑ Yes.

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor  Spectrum Healthcare, LLC                                    Case Number (if known) 16-21635

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.
☐ Yes.

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

**Part 9:      Real property**

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

Debtor  Spectrum Healthcare, LLC                                    Case Number (if known) 16-21635

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☐ No.
    ☐ Yes.

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☐ No.
    ☐ Yes.

## Part 10:        Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, or trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |

Debtor  Spectrum Healthcare, LLC                                  Case Number (if known) 16-21635

62.1    Facility License                                                                     Unknown

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**
      Add lines 60 through 65.  Copy the total to line 89.                         [                    ]

67.   **Do your lists or records include personally identifiable information of customers?**

      ☐ No.
      ☐ Yes.

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

      ☐ No.
      ☐ Yes.

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

      ☐ No.
      ☐ Yes.

**Part 11:        All other assets**

70.   **Does the debtor own any other assets that have not yet been reported on this form?**

Debtor  Spectrum Healthcare, LLC                                  Case Number (if known) 16-21635

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

    _____ - _____ =
    Total face amount    Doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

    73.1   Lincoln Life - UL10033537 - Universal Life                     $0.00

    73.2   Protective - FL0045976 - Universal Life                        $0.00

    73.3   John Hancock - 82410143 - 20-Year Term                         $0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Nature of claim**

    **Amount Requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off**

    **Nature of claim**

    **Amount Requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**
    Examples: Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                  $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

Debtor  Spectrum Healthcare, LLC                                    Case Number (if known) 16-21635

☐ No.

☐ Yes.

| Part 12: | Summary |
| --- | --- |

| | Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- | --- |
| 80. | **Cash, cash equivalents, and financial assets.**  *Copy line 5, Part 1.* | **$352,335.00** | |
| 81. | **Deposits and prepayments.**  *Copy line 9, Part 2.* | **$12,592.00** | |
| 82. | **Accounts receivable.**  *Copy line 12, Part 3.* | | |
| 83. | **Investments.**  *Copy line 17, Part 4.* | | |
| 84. | **Inventory.**  *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.**  *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$10,154.00** | |
| 87. | **Machinery, equipment, and vehicles.**  *Copy line 51, Part 8.* | | |
| 88. | **Real Property.**  *Copy line 56, Part 9.* | | |
| 89. | **Intangibles and intellectual property.**  *Copy line 66, Part 10.* | | |
| 90. | **All other assets.**  *Copy line 78, Part 11.* | **$0.00** | |

91. **Total.**  Add lines 80 through 90 for each column.   91a. **$375,081.00**   **+**  91b. **$0.00**

92. **Total of all property on Schedule A/B.**   Lines 91a + 91b = 92.............................................................   $375,081.00

| Debtor Name | **Spectrum Healthcare, LLC** |

**United States Bankruptcy Court for the District of Connecticut**

Case number (if known): **16-21635**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Amount of Claim<br>Do not deduct the value of collateral | Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

Creditor's name
**MIDCAP FUNDING IV TRUST, A DELAWARE STAT**

Creditor's mailing address
**(FORMERLY KNOWN AS MIDCAP FUNDING IV, LLC)
ATTN: OFFICER, GENERAL OR MANAGING AGENT
7255 WOODMONT AVENUE
SUITE 200
BETHESDA, MD 20814**
Creditor's email address, if known

Date debt was incurred

Last four digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
**ALL ASSETS
LINE OF CREDIT**           **$6,274,000.00**   **$6,274,000.00**

Describe the lien
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

Creditor's name
**MIDCAP FUNDING IV TRUST, A DELAWARE STAT**

Creditor's mailing address
**(FORMERLY KNOWN AS MIDCAP FUNDING IV, LLC)
ATTN: OFFICER, GENERAL OR MANAGING AGENT
7255 WOODMONT AVENUE
SUITE 200
BETHESDA, MD 20814**
Creditor's email address, if known

Date debt was incurred

Last four digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
**GUARANTEE OF SPECTRUM DERBY OBLIGATION**   **$1,244,879.00**   **$1,244,879.00**

Describe the lien
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $7,518,879.00

| Debtor Name | **Spectrum Healthcare, LLC** | Case number (if known): **16-21635** |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CORPORATION SERVICE COMPANY**<br>**801 ADLAY STEVENSON DRIVE**<br>**SPRINGFIELD, IL 62703** | Line 2.1 | |

| Debtor Name | **Spectrum Healthcare, LLC** |
|---|---|

**United States Bankruptcy Court for the  District of Connecticut**

Case number (if known):     **16-21635**

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F - Creditors Who Have Claims Unsecured Claims

12/15

**Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on  *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:     List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | | |

As of the petition filing date, the claim is:     $_____     $_____

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account
number

**Specify Code subsection of PRIORITY unsecured
claim:**  11 U.S.C. § 507(a) (          )

Debtor Name      **Spectrum Healthcare, LLC**      Case number (if known): **16-21635**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
ABILITY NETWORK, INC.
DEPT. CH 16577
PALATINE, IL 60055-6577

As of the petition filing date, the claim is:                    $1,893.75
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
VENDOR

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
ADP - 401K
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 842875
BOSTON, MA 02284-2875

As of the petition filing date, the claim is:                    $2,124.27
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
VENDOR

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
ASSURANT EMPLOYEE BENEFITS
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 807009
KANSAS CITY, MO 64184-7009

As of the petition filing date, the claim is:                    $114.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
VENDOR

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
AT&T TELECONFERENCE SERVICES
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 5002
CAROL STREAM, IL 60197-5002

As of the petition filing date, the claim is:                    $249.94
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
VENDOR

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    **Spectrum Healthcare, LLC**    Case number (if known): **16-21635**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.5** | **Nonpriority creditor's name and mailing address**
BLUM, SHAPIRO & COMPANY P.C
DEPT. 106067
P.O. BOX 150489
HARTFORD, CT 06115-0489

As of the petition filing date, the claim is:    $29,843.42
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6** | **Nonpriority creditor's name and mailing address**
CIGNA HEALTHCARE
C/O WELLS FARGO BANK
DEPT. 59
DENVER, CO 80291

As of the petition filing date, the claim is:    $20,221.22
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.7** | **Nonpriority creditor's name and mailing address**
CONNECTICARE INC.
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 416191
BOSTON, MA 02241-6191

As of the petition filing date, the claim is:    $46,765.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.8** | **Nonpriority creditor's name and mailing address**
CONSTANGY, BROOKS, SMITH,& PROPHETE, LLP
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 102476
ATLANTA, GA 30368-0476

As of the petition filing date, the claim is:    $2,100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Spectrum Healthcare, LLC**    Case number (if known): **16-21635**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.9**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $1,320.92

DAVID J. KELLY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**    Is the claim subject to offset?

☑ No
☐ Yes

---

**3.10**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $3,292.61

ELM PRESS
ATTN: OFFICER, GENERAL OR MANAGING AGENT
16 TREMCO DR.
TERRYVILLE, CT 06786

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**    Is the claim subject to offset?

☑ No
☐ Yes

---

**3.11**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $2,672.20

GUARDIAN
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O BOX 824404
PHILADELPHIA, PA 19182-4404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**    Is the claim subject to offset?

☑ No
☐ Yes

---

**3.12**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $20,877.93

HEALTHCAP RRG
ATTN: OFFICER, GENERAL OR MANAGING AGENT
BILLING DEPT
P.O. BOX 2946
ANN ARBOR, MI 48106-2946

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**    Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor Name    **Spectrum Healthcare, LLC**    Case number (if known): **16-21635**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.13**

**Nonpriority creditor's name and mailing address**
IPC THE HOSPITALIST COMPANY, INC.
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 844929
LOS ANGELES, CA 90084-4929

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:                    $80,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.14**

**Nonpriority creditor's name and mailing address**
IRON MOUNTAIN
ATTN: OFFICER, GENERAL OR MANAGING AGENT
PO. BOX 27128
NEW YORK, NY 10087-7128

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:                    $14,273.23
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.15**

**Nonpriority creditor's name and mailing address**
JOSEPH A. BRENES
464 WOLCOTT RD
WOLCOTT, CT 06716

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:                    $28,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.16**

**Nonpriority creditor's name and mailing address**
MEDCOR, INC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 75570
CLEVELAND, OH 44101-4755

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:                    $4,050.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **Spectrum Healthcare, LLC**   Case number (if known): **16-21635**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.17**

**Nonpriority creditor's name and mailing address**
MIDCAP FUNDING IV TRUST, A DELAWARE STATUTORY TRUST
(FORMERLY KNOWN AS MIDCAP FUNDING IV, LLC)
ATTN: OFFICER, GENERAL OR MANAGING AGENT
7255 WOODMONT AVENUE
SUITE 200
BETHESDA, MD 20814

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
GUARANTY OF THE MANCHESTER REALTY MORTGAGE

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,310,878.00

**3.18**

**Nonpriority creditor's name and mailing address**
MURTHA CULLINA
CITYPLACE I
185 ASYLUM STREET
HARTFORD, CT 06103

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,295.00

**3.19**

**Nonpriority creditor's name and mailing address**
PETERSON, JOHNSON & MURRAY, S.C.
ATTN: OFFICER, GENERAL OR MANAGING AGENT
788 NORTH JEFFERSON ST.
SUITE 500
MILWAUKEE, WI 53202

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,240.00

**3.20**

**Nonpriority creditor's name and mailing address**
PLANETREE
ATTN: OFFICER, GENERAL OR MANAGING AGENT
130 DIVISION ST.
DERBY, CT 06418

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,942.01

Debtor Name      **Spectrum Healthcare, LLC**          Case number (if known): **16-21635**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.21** Nonpriority creditor's name and mailing address

ROBINSON & COLE
ATTN: OFFICER, GENERAL OR MANAGING AGENT
280 TRUMBULL ST.
HARTFORD, CT 06103-3597

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,113.06

---

**3.22** Nonpriority creditor's name and mailing address

SAUCIER MECHANICAL SERVICES, INC.
ATTN: OFFICER, GENERAL OR MANAGING AGENT
148 NORTH ST.
PLANTSVILLE, CT 06479

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,651.58

---

**3.23** Nonpriority creditor's name and mailing address

SHIPMAN,SHAIKEN & SCHWEFEL, LLC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
433 S. MAIN ST.
SUITE 319
W HARTFORD, CT 06110

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,122.38

---

**3.24** Nonpriority creditor's name and mailing address

SUBURBAN STATIONERS
ATTN: OFFICER, GENERAL OR MANAGING AGENT
693 HIGH STREET
MIDDLETOWN, CT 06457

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$226.35

---

Debtor Name     **Spectrum Healthcare, LLC**                  Case number (if known): **16-21635**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.25**  **Nonpriority creditor's name and mailing address**

TAX COLLECTOR TOWN OF VERNON
8 PARK PLACE
VERNON, CT 06066

**As of the petition filing date, the claim is:**  $1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PERSONAL PROPERTY TAXES

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26**  **Nonpriority creditor's name and mailing address**

THE GARDEN CITY GROUP, INC.
ATTN: OFFICER, GENERAL OR MANAGING AGENT
1985 MARCUS AVE
SUITE 200
LAKE SUCCESS, NY 11042

**As of the petition filing date, the claim is:**  $33,827.91

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.27**  **Nonpriority creditor's name and mailing address**

THE METROPOLITAN DISTRICT COMMISSION
ATTN: OFFICER, GENERAL OR MANAGING AGENT
550 MAIN ST.
HARTFORD, CT 06105

**As of the petition filing date, the claim is:**  UNKNOWN

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28**  **Nonpriority creditor's name and mailing address**

TOOL 4 DATA, LLC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
176 RT. 81, SUITE 4A
KILLINGWORTH, CT 06419

**As of the petition filing date, the claim is:**  $4,186.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Spectrum Healthcare, LLC**    Case number (if known): **16-21635**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $296.53 |
|---|---|---|---|

UPS
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 7247-0244
PHILADELPHIA, PA 19170-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **Spectrum Healthcare, LLC**   Case number (if known): **16-21635**

<table>
<tr><td colspan="3">**Part 3:**   **List Others to be Notified About Unsecured Claims**</td></tr>
<tr><td>**Name and mailing address**</td><td>**On which line in Part 1 or Part 2 is the related creditors (if any) listed?**</td><td>**Last 4 digits of account number, if any**</td></tr>
<tr><td>4.1   THE METROPOLITAN DISTRICT COMMISSION<br>C/O LAW OFFICES OF MARC N. NEEDELMAN<br>ATTN: MARC N. NEEDELMAN, ESQ.<br>800 COTTAGE GROVE ROAD, SUITE 313<br>BLOOMFIELD, CT 06002</td><td>Line 3.27<br>☐ Not listed. Explain</td><td></td></tr>
</table>

Debtor Name    **Spectrum Healthcare, LLC**                    Case number (if known): **16-21635**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**
Debtor Name

**5a. Total claims from Part 1**                                                              $0.00

**5b. Total claims from Part 2**                                                    $8,669,079.14

**5c. Total claims of Parts 1 and 2**
    Lines 5a + 5b = 5c                                                             $8,669,079.14

| | |
|---|---|
| Debtor Name | **Spectrum Healthcare, LLC** |
| **United States Bankruptcy Court for the  District of Connecticut** | |
| Case number (if known): | **16-21635** |

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACT OR UNEXPIRED LEASE** | **CAREERBUILDER, LLC 13047 COLLECTION CENTER DRIVE CHICAGO, IL 60693-0130** |
|---|---|---|---|
| | State the term remaining List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACT OR UNEXPIRED LEASE** | **CONNECTICARE, INC P.O. BOX 30726 HARTFORD, CT 06150** |
| | State the term remaining List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACT OR UNEXPIRED LEASE** | **PROGRESSIVE BENEFIT SOLUTIONS ATTN: OFFICER, GENERAL OR MANAGING AGENT 23 MAIDEN LANE NORTH HAVEN, CT 06473** |
| | State the term remaining List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **MANAGEMENT AGREEMENT** | **SPECTRUM HEALTHCARE DERBY, LLC ATTN: OFFICER, GENERAL OR MANAGING AGENT 27 NAEK ROAD VERNON, CT 06066** |
| | State the term remaining List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **MANAGEMENT AGREEMENT** | **SPECTRUM HEALTHCARE HARTFORD, LLC ATTN: OFFICER, GENERAL OR MANAGING AGENT 27 NAEK ROAD VERNON, CT 06066** |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **Spectrum Healthcare, LLC**    Case number (if known): **16-21635**

██  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT AGREEMENT | SPECTRUM HEALTHCARE MANCHESTER, LLC<br>ATTN: OFFICER, GENERAL OR MANAGING AGENT<br>27 NAEK ROAD<br>VERNON, CT 06066 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT AGREEMENT | SPECTRUM HEALTHCARE TORRINGTON, LLC<br>ATTN: OFFICER, GENERAL OR MANAGING AGENT<br>27 NAEK ROAD<br>VERNON, CT 06066 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT AGREEMENT | SPECTRUM HEALTHCARE WATERBRIDGE, LLC<br>ATTN: OFFICER, GENERAL OR MANAGING AGENT<br>27 NAEK ROAD<br>VERNON, CT 06066 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT AGREEMENT | SPECTRUM HEALTHCARE WINSTED, LLC<br>ATTN: OFFICER, GENERAL OR MANAGING AGENT<br>27 NAEK ROAD<br>VERNON, CT 06066 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Spectrum Healthcare, LLC** |
|---|---|

**United States Bankruptcy Court for the District of Connecticut**

Case number (if known):    **16-21635**

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

**Column 1: Codebtor**

**Column 2: Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply |
|---|---|---|---|---|
| 2.1 | BRIAN DICKSTEIN | 27 NAEK ROAD VERNON, CT 06066 | MidCap Funding IV Trust, a Delaware statutory trust | ☑ D ☐ E/F ☐ G |
| 2.2 | HOWARD DICKSTEIN | 27 NAEK ROAD VERNON, CT 06066 | MidCap Funding IV Trust, a Delaware statutory trust | ☑ D ☐ E/F ☐ G |
| 2.3 | SEAN MURPHY | 27 NAEK ROAD VERNON, CT 06066 | MidCap Funding IV Trust, a Delaware statutory trust | ☑ D ☐ E/F ☐ G |
| 2.4 | SPECTRUM HEALTHCARE HARTFORD, LLC | 27 NAEK ROAD VERNON, CT 06066 | MidCap Funding IV Trust, a Delaware statutory trust | ☑ D ☐ E/F ☐ G |
| 2.5 | SPECTRUM HEALTHCARE MANCHESTER, LLC | 27 NAEK ROAD VERNON, CT 06066 | MidCap Funding IV Trust, a Delaware statutory trust | ☑ D ☐ E/F ☐ G |

Debtor Name    **Spectrum Healthcare, LLC**                              Case number (if known): **16-21635**

| | Additional Page(s) if Debtor has More Codebtors |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.6  **SPECTRUM HEALTHCARE TORRINGTON, LLC** | **27 NAEK ROAD VERNON, CT 06066** | MidCap Funding IV Trust, a Delaware statutory trust | ☑ D<br>☐ E/F<br>☐ G |

| | |
|---|---|
| **Debtor Name** | Spectrum Healthcare, LLC |
| **United States Bankruptcy Court for the District of Connecticut** | |
| **Case Number:** | 16-21635 |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C.  152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*     (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*     (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206 G)

☑ *Schedule H: Executory Contracts and Unexpired Leases*     (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*     (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I, the Chief Financial Officer of the Spectrum Healthcare, LLC, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 30 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on:   11/04//2016
            MM / DD / YYYY

Signature   /s/ Sean Murphy

            Sean Murphy
Printed Name

            Chief Financial Officer
Title