## United States Bankruptcy Court
### District of Connecticut

In re  **Spectrum Healthcare, LLC**

Debtor(s)

Case No. **16-21635**

Chapter **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**SOFA Question 7.4 litigation by Alicia Alexander against each company and add to Schedule E/F: the disputed and unliquidated claim of Alicia Alexander.**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above and Notice of Bankruptcy has been given this date to any and all entities affected by the amendment as follows:

**Alicia Alexander c/o Matthew Paradisi, Esq., Cicciello & Cicchiello, LLP, 364 Franklin Avenue, Hartford, CT 06114 and Alicia Alexander c/o Charles Magliari, Esq., Law Offices of Charles A. Maglieri, 34 Jerome Avenue, Suite 302, Bloomfield, CT 06002**

Date:  December 21, 2016

/s/Elizabeth J. Austin

**Elizabeth J. Austin ct04384**
Attorney for Debtor(s)
**Pullman & Comley, LLC**
**850 Main Street**
**8th Floor**
**Bridgeport, CT 06604**
**203-330-2000 Fax:203-576-8888**

**Debtor Name**   Spectrum Healthcare, LLC

**United States Bankruptcy Court for the District of Connecticut**

**Case Number:** 16-21635

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*   (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*   (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*   (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*   (Official Form 206 G)

☑ *Schedule H: Executory Contracts and Unexpired Leases*   (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*   (Official Form 206Sum)

☑ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I, the Chief Financial Officer of the Spectrum Healthcare, LLC, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 30 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on: 12/20/2016
　　　　　　 MM / DD / YYYY

Signature _/s/ Sean Murphy_

　　　　　　　　　　 Sean Murphy

Printed Name

　　　　　　　　　　 Chief Financial Officer

Title

Debtor Name    **Spectrum Healthcare, LLC**

**United States Bankruptcy Court for the  District of Connecticut**

Case number (if known):        **16-21635**

X  Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:  Summary of Assets

*1. Schedule A/B: Assets - Real and Personal Property*    (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*.................................................................................................

$0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*...........................................................................................

$375,081.00

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*.................................................................................................

$375,081.00

---

### Part 2:  Summary of Liabilities

2.  ***Schedule D: Creditors Who Have Claims Secured by Property***    (Official Form 206D)
Copy the total dollar amount listed in Column A,*Amount of claim,* from line 3 of Schedule D............................

$7,518,879.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims*   (Official Form 206E/F)

3a. **Total of amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*...........................................................

$0.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total amount of claims from Part 2 from line 5b of  *Schedule E/F*.................................................. **+**

$8,811,909.25

4.  **Total liabilities** .................................................................................................
Lines 2 + 3a + 3b

$16,330,788.25

| Debtor Name | **Spectrum Healthcare, LLC** |
|---|---|
| **United States Bankruptcy Court for the  District of Connecticut** | |
| Case number (if known): | **16-21635** |

X   Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases*   (Official Form 206G).

Be complete and accurate as possible. If more space is needed, attach a separate spreadsheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| **All cash of cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 2.   **Cash on hand** | | | |
| 3.   **Checking, savings, money market, or financial brokerage accounts** | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1   Wells Fargo | Checking | 8070 | $352,335.00 |
| 4.   **Other cash equivalents** | | | |

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$352,335.00

### Part 2:   Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Debtor  Spectrum Healthcare, LLC                                    Case Number (if known) 16-21635

|  | | Current value of debtor's interest |
|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| 8.1 | Prepaid insurance and other prepaid expenses - various holders | $12,592.00 |
| 9. | **Total of Part 2** | |
| | Add lines 7 through 8.  Copy the total to line 81. | $12,592.00 |

**Part 3:**   Accounts Receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of
debtor's interest

11. **Accounts receivable**

11a. 90 days old or less: _____ - _____ = 
face amount          doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ = 
face amount          doubtful or uncollectible accounts

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

Debtor  Spectrum Healthcare, LLC                                    Case Number (if known) 16-21635

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. **Mutual funds of publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | | |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | | |
| 17. **Total of Part 4**<br>Add lines 14 through 16. Copy the total to line 83. | | | |

**Part 5:**     Inventory, excluding agricultural assets

18. **Does the debtor own any inventory (excluding agricultual assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw Materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |
| 23. **Total of Part 5**<br>Add lines 19 through 22. Copy the total to line 84. | | | | |

Debtor  Spectrum Healthcare, LLC                                        Case Number (if known) 16-21635

24.  **Is any of the property listed in Part 5 perishable?**

☐ No.
☐ Yes.

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No.
☐ Yes.     Book Value $ _____     Valuation Method _____     Current Value $ _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops - either planted of harvested** | | | |
| 29.  **Farm animals**<br>Examples: Livestock, poultry, farm-raised fish | | | |
| 30.  **Farm machinery and equipment**<br>(Other than titled motor vehicles) | | | |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |

Debtor  Spectrum Healthcare, LLC                                Case Number (if known) 16-21635

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No.
    ☐ Yes.

    **Is any of the debtor's property stored at the cooperative?**

    ☐ No.
    ☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No.
    ☐ Yes.       Book Value $_____       Valuation Method _____       Current Value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No.
    ☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No.
    ☐ Yes.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor  Spectrum Healthcare, LLC                                    Case Number (if known) 16-21635

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| 41.1 Office Equipment | | Net book value | $10,154.00 |
|---|---|---|---|

42. **Collectibles**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$10,154.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

☑ Yes.

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 8:       Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor  Spectrum Healthcare, LLC                                    Case Number (if known) 16-21635

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories**
Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.
☐ Yes.

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

## Part 9:     Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

Debtor  Spectrum Healthcare, LLC                           Case Number (if known) 16-21635

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

56.  **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☐ No.
    ☐ Yes.

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☐ No.
    ☐ Yes.

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, or trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |

Debtor  Spectrum Healthcare, LLC                    Case Number (if known) 16-21635

62.1    Facility License                                                    Unknown

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**
     Add lines 60 through 65.  Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers?**

     ☐ No.
     ☐ Yes.

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ☐ No.
     ☐ Yes.

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ☐ No.
     ☐ Yes.

**Part 11:**     **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Debtor  Spectrum Healthcare, LLC                                Case Number (if known) 16-21635

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of
debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

                     −                    =

              Total face amount     Doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

73.1  Lincoln Life - UL10033537 - Universal Life                                $0.00

73.2  Protective - FL0045976 - Universal Life                                $0.00

73.3  John Hancock - 82410143 - 20-Year Term                                $0.00

74. **Causes of action against third parties (whether or not a lawsuit has
been filed)**

    **Nature of claim**

    **Amount Requested**

75. **Other contingent and unliquidated claims or causes of action of every
nature, including counterclaims of the debtor and rights to set off**

    **Nature of claim**

    **Amount Requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**
Examples: Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

| | |
|---|---|
| | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

Debtor  Spectrum Healthcare, LLC                                          Case Number (if known) 16-21635

☐ No.

☐ Yes.

## Part 12:  Summary

| Type of property | Current value of personal property | | Current value of real property | |
|---|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.**  *Copy line 5, Part 1.* | $352,335.00 | | | |
| 81. **Deposits and prepayments.**  *Copy line 9, Part 2.* | $12,592.00 | | | |
| 82. **Accounts receivable.**  *Copy line 12, Part 3.* | | | | |
| 83. **Investments.**  *Copy line 17, Part 4.* | | | | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | | | | |
| 85. **Farming and fishing-related assets.**  *Copy line 33, Part 6.* | | | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.**  *Copy line 43, Part 7.* | $10,154.00 | | | |
| 87. **Machinery, equipment, and vehicles.**  *Copy line 51, Part 8.* | | | | |
| 88. **Real Property.**  *Copy line 56, Part 9.* | | | | |
| 89. **Intangibles and intellectual property.**  *Copy line 66, Part 10.* | | | | |
| 90. **All other assets.**  *Copy line 78, Part 11.* | $0.00 | | | |
| 91. **Total.**  Add lines 80 through 90 for each column.    91a. | $375,081.00 | **+** 91b. | $0.00 | |
| 92. **Total of all property on Schedule A/B.**    Lines 91a + 91b = 92........................................................................................ | | | | $375,081.00 |

| Debtor Name | **Spectrum Healthcare, LLC** | |
|---|---|---|
| **United States Bankruptcy Court for the  District of Connecticut** | | |
| Case number (if known): | **16-21635** | |

X Check if this is an amended filing

## Official Form 206D

## Schedule D - Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

X Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims** If a creditor has more than one secured claim, list the creditor separately for each claim.

Amount of Claim
Do not deduct the
value of collateral

Value of collateral
that supports this
claim

**2.1**

Creditor's name

MIDCAP FUNDING IV TRUST, A DELAWARE STAT

Creditor's mailing address

(FORMERLY KNOWN AS MIDCAP FUNDING IV, LLC)
ATTN: OFFICER, GENERAL OR MANAGING AGENT
7255 WOODMONT AVENUE
SUITE 200
BETHESDA, MD 20814
Creditor's email address, if known

Date debt was incurred

Last four digits of
account number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

ALL ASSETS¹
LINE OF CREDIT

Describe the lien

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,274,000.00

$375,081.00

**2.2**

Creditor's name

MIDCAP FUNDING IV TRUST, A DELAWARE STAT

Creditor's mailing address

(FORMERLY KNOWN AS MIDCAP FUNDING IV, LLC)
ATTN: OFFICER, GENERAL OR MANAGING AGENT
7255 WOODMONT AVENUE
SUITE 200
BETHESDA, MD 20814
Creditor's email address, if known

Date debt was incurred

Last four digits of
account number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

GUARANTEE OF SPECTRUM DERBY OBLIGATION

Describe the lien

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,244,879.00

$0.00

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$7,518,879.00

| Debtor Name | **Spectrum Healthcare, LLC** | Case number (if known): **16-21635** |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **CORPORATION SERVICE COMPANY**<br>**801 ADLAY STEVENSON DRIVE**<br>**SPRINGFIELD, IL 62703** | Line 2.1 | |

| | |
|---|---|
| Debtor Name | **Spectrum Healthcare, LLC** |
| **United States Bankruptcy Court for the  District of Connecticut** | |
| Case number (if known): | **16-21635** |

X Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F - Creditors Who Have Claims Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**
   X No. Go to Part 2.
   ☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part**If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1   Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $_____ | $_____ |
| | __ Contingent | | |
| | __ Unliquidated | | |
| | __ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          ) | | | |

Debtor Name    **Spectrum Healthcare, LLC**                                Case number (if known): **16-21635**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.1** | **Nonpriority creditor's name and mailing address**
ABILITY NETWORK, INC.
DEPT. CH 16577
PALATINE, IL 60055-6577

**As of the petition filing date, the claim is:**                      **$1,893.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**                                    VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
ADP - 401K
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 842875
BOSTON, MA 02284-2875

**As of the petition filing date, the claim is:**                      **$2,124.27**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**                                    VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
ALICIA ALEXANDER
C/O CICCHIELLO & CICCHIELLO, LLP
ATTN: MATHEW PARADISI
364 FRANKLIN AVENUE
HARTFORD, CT 06114

**As of the petition filing date, the claim is:**                      **UNKNOWN**

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION
HHD-CV16-6069582-S, HARASSMENT
PENDING IN THE CONNECTICUT SUPERIOR COURT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
ASSURANT EMPLOYEE BENEFITS
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 807009
KANSAS CITY, MO 64184-7009

**As of the petition filing date, the claim is:**                      **$114.08**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**                                    VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | **Spectrum Healthcare, LLC** | Case number (if known): **16-21635** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.5** **Nonpriority creditor's name and mailing address**
AT&T TELECONFERENCE SERVICES
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 5002
CAROL STREAM, IL 60197-5002

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

Is the claim subject to offset?
☑ No
☐ Yes

$249.94

**3.6** **Nonpriority creditor's name and mailing address**
BLUM, SHAPIRO & COMPANY P.C
DEPT. 106067
P.O. BOX 150489
HARTFORD, CT 06115-0489

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

Is the claim subject to offset?
☑ No
☐ Yes

$29,843.42

**3.7** **Nonpriority creditor's name and mailing address**
CIGNA HEALTHCARE
C/O WELLS FARGO BANK
DEPT. 59
DENVER, CO 80291

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

Is the claim subject to offset?
☑ No
☐ Yes

$20,221.22

**3.8** **Nonpriority creditor's name and mailing address**
CONNECTICARE INC.
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 416191
BOSTON, MA 02241-6191

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

Is the claim subject to offset?
☑ No
☐ Yes

$46,765.85

Debtor Name   **Spectrum Healthcare, LLC**                    Case number (if known): **16-21635**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | **Amount of claim** |
|---|---|

**3.9** **Nonpriority creditor's name and mailing address**
CONSTANGY, BROOKS, SMITH,& PROPHETE, LLP
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 102476
ATLANTA, GA 30368-0476

As of the petition filing date, the claim is:                    **$2,100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**
DAVID J. KELLY

As of the petition filing date, the claim is:                    **$1,320.92**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
ELM PRESS
ATTN: OFFICER, GENERAL OR MANAGING AGENT
16 TREMCO DR.
TERRYVILLE, CT 06786

As of the petition filing date, the claim is:                    **$3,292.61**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**
GUARDIAN
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O BOX 824404
PHILADELPHIA, PA 19182-4404

As of the petition filing date, the claim is:                    **$2,672.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor Name | **Spectrum Healthcare, LLC** | Case number (if known): **16-21635** |
|---|---|---|

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

| **3.13** | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**3.13** Nonpriority creditor's name and mailing address
HEALTHCAP RRG
ATTN: OFFICER, GENERAL OR MANAGING AGENT
BILLING DEPT
P.O. BOX 2946
ANN ARBOR, MI 48106-2946

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $20,877.93
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
VENDOR

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address
IPC THE HOSPITALIST COMPANY, INC.
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 844929
LOS ANGELES, CA 90084-4929

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $80,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
VENDOR

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address
IRON MOUNTAIN
ATTN: OFFICER, GENERAL OR MANAGING AGENT
PO. BOX 27128
NEW YORK, NY 10087-7128

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $14,273.23
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
VENDOR

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address
JOSEPH A. BRENES
464 WOLCOTT RD
WOLCOTT, CT 06716

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:                    $28,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
VENDOR

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name   **Spectrum Healthcare, LLC**      Case number (if known): **16-21635**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.17** **Nonpriority creditor's name and mailing address**
MEDCOR, INC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 75670
CLEVELAND, OH 44101-4755

As of the petition filing date, the claim is:      $4,050.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**
MIDCAP FUNDING IV TRUST, A DELAWARE STATUTORY TRUST
(FORMERLY KNOWN AS MIDCAP FUNDING IV, LLC)
ATTN: OFFICER, GENERAL OR MANAGING AGENT
7255 WOODMONT AVENUE
SUITE 200
BETHESDA, MD 20814

As of the petition filing date, the claim is:      $8,310,878.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
GUARANTY OF THE MANCHESTER REALTY MORTGAGE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address**
MURTHA CULLINA
CITYPLACE I
185 ASYLUM STREET
HARTFORD, CT 06103

As of the petition filing date, the claim is:      $9,295.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**
PETERSON, JOHNSON & MURRAY, S.C.
ATTN: OFFICER, GENERAL OR MANAGING AGENT
788 NORTH JEFFERSON ST.
SUITE 500
MILWAUKEE, WI 53202

As of the petition filing date, the claim is:      $1,240.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    **Spectrum Healthcare, LLC**    Case number (if known): **16-21635**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

| | | Amount of claim |
|---|---|---|

**3.21** Nonpriority creditor's name and mailing address
PLANETREE
ATTN: OFFICER, GENERAL OR MANAGING AGENT
130 DIVISION ST.
DERBY, CT 06418

As of the petition filing date, the claim is:    **$23,942.01**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
VENDOR

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [✓] No
- [ ] Yes

---

**3.22** Nonpriority creditor's name and mailing address
ROBINSON & COLE
ATTN: OFFICER, GENERAL OR MANAGING AGENT
280 TRUMBULL ST.
HARTFORD, CT 06103-3597

As of the petition filing date, the claim is:    **$16,113.06**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
VENDOR

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [✓] No
- [ ] Yes

---

**3.23** Nonpriority creditor's name and mailing address
SAUCIER MECHANICAL SERVICES, INC.
ATTN: OFFICER, GENERAL OR MANAGING AGENT
148 NORTH ST.
PLANTSVILLE, CT 06479

As of the petition filing date, the claim is:    **$3,651.58**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
VENDOR

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [✓] No
- [ ] Yes

---

**3.24** Nonpriority creditor's name and mailing address
SHIPMAN, SHAIKEN & SCHWEFEL, LLC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
433 S. MAIN ST.
SUITE 319
W HARTFORD, CT 06110

As of the petition filing date, the claim is:    **$6,122.38**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
VENDOR

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [✓] No
- [ ] Yes

Debtor Name    **Spectrum Healthcare, LLC**                     Case number (if known): **16-21635**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.25** Nonpriority creditor's name and mailing address
SUBURBAN STATIONERS
ATTN: OFFICER, GENERAL OR MANAGING AGENT
693 HIGH STREET
MIDDLETOWN, CT 06457

As of the petition filing date, the claim is:                    $226.35

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address
TAX COLLECTOR TOWN OF VERNON
8 PARK PLACE
VERNON, CT 06066

As of the petition filing date, the claim is:                    $1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
PERSONAL PROPERTY TAXES

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address
THE GARDEN CITY GROUP, INC.
ATTN: OFFICER, GENERAL OR MANAGING AGENT
1985 MARCUS AVE
SUITE 200
LAKE SUCCESS, NY 11042

As of the petition filing date, the claim is:                    $33,827.91

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address
THE METROPOLITAN DISTRICT COMMISSION
ATTN: OFFICER, GENERAL OR MANAGING AGENT
550 MAIN ST.
HARTFORD, CT 06105

As of the petition filing date, the claim is:                    $142,830.11

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name      **Spectrum Healthcare, LLC**                Case number (if known): **16-21635**

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

|  | | Amount of claim |
|---|---|---|

**3.29** Nonpriority creditor's name and mailing address
TOOL 4 DATA, LLC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
176 RT. 81, SUITE 4A
KILLINGWORTH, CT 06419

As of the petition filing date, the claim is:          **$4,186.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**VENDOR**

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.30** Nonpriority creditor's name and mailing address
UPS
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 7247-0244
PHILADELPHIA, PA 19170-0001

As of the petition filing date, the claim is:          **$296.53**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**VENDOR**

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name   **Spectrum Healthcare, LLC**                           Case number (if known): **16-21635**

## Part 3:   List Others to be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditors (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** CHARLIE MAGLIARI<br>LAW OFFICES OF CHARLES A. MAGLIERI<br>34 JEROME AVENUE<br>SUITE 302<br>BLOOMFIELD, CT 06002 | Line 3.3<br><br>☐ Not listed. Explain | |
| **4.2** THE METROPOLITAN DISTRICT COMMISSION<br>C/O LAW OFFICES OF MARC N. NEEDELMAN<br>ATTN: MARC N. NEEDELMAN, ESQ.<br>800 COTTAGE GROVE ROAD, SUITE 313<br>BLOOMFIELD, CT 06002 | Line 3.28<br><br>☐ Not listed. Explain | |

Debtor Name    **Spectrum Healthcare, LLC**                                    Case number (if known): **16-21635**

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**
Debtor Name

**5a. Total claims from Part 1**                                                          $0.00

**5b. Total claims from Part 2**                                                          $8,811,909.25

**5c. Total claims of Parts 1 and 2**
   Lines 5a + 5b = 5c                                                        $8,811,909.25

| Debtor Name | **Spectrum Healthcare, LLC** |
|---|---|
| **United States Bankruptcy Court for the  District of Connecticut** | |
| Case number (if known): | **16-21635** |

**X** Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

**X** Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | CAREERBUILDER, LLC<br>13047 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693-0130 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | CONNECTICARE, INC<br>P.O. BOX 30726<br>HARTFORD, CT 06150 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | PROGRESSIVE BENEFIT SOLUTIONS<br>ATTN: OFFICER, GENERAL OR MANAGING AGENT<br>23 MAIDEN LANE<br>NORTH HAVEN, CT 06473 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT AGREEMENT | SPECTRUM HEALTHCARE DERBY, LLC<br>ATTN: OFFICER, GENERAL OR MANAGING AGENT<br>27 NAEK ROAD<br>VERNON, CT 06066 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT AGREEMENT | SPECTRUM HEALTHCARE HARTFORD, LLC<br>ATTN: OFFICER, GENERAL OR MANAGING AGENT<br>27 NAEK ROAD<br>VERNON, CT 06066 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Spectrum Healthcare, LLC**                          Case number (if known): **16-21635**

### Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **MANAGEMENT AGREEMENT** |

**SPECTRUM HEALTHCARE MANCHESTER, LLC**
**ATTN: OFFICER, GENERAL OR MANAGING AGENT**
**27 NAEK ROAD**
**VERNON, CT 06066**

State the term remaining

List the contract number of any government contract

| | | |
|---|---|---|
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **MANAGEMENT AGREEMENT** |

**SPECTRUM HEALTHCARE TORRINGTON, LLC**
**ATTN: OFFICER, GENERAL OR MANAGING AGENT**
**27 NAEK ROAD**
**VERNON, CT 06066**

State the term remaining

List the contract number of any government contract

Debtor Name      **Spectrum Healthcare, LLC**

**United States Bankruptcy Court for the  District of Connecticut**

Case number (if known):          **16-21635**

| | **X** | Check if this is an amended filing |

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| **Column 1: Codebtor** | | **Column 2: Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.1  **BRIAN DICKSTEIN** | 27 NAEK ROAD VERNON, CT 06066 | MidCap Funding IV Trust, a Delaware statutory trust | ☑ D ☐ E/F ☐ G |
| 2.2  **HOWARD DICKSTEIN** | 27 NAEK ROAD VERNON, CT 06066 | MidCap Funding IV Trust, a Delaware statutory trust | ☑ D ☐ E/F ☐ G |
| 2.3  **SEAN MURPHY** | 27 NAEK ROAD VERNON, CT 06066 | MidCap Funding IV Trust, a Delaware statutory trust | ☑ D ☐ E/F ☐ G |
| 2.4  **SPECTRUM HEALTHCARE HARTFORD, LLC** | 27 NAEK ROAD VERNON, CT 06066 | MidCap Funding IV Trust, a Delaware statutory trust | ☑ D ☐ E/F ☐ G |
| 2.5  **SPECTRUM HEALTHCARE MANCHESTER, LLC** | 27 NAEK ROAD VERNON, CT 06066 | MidCap Funding IV Trust, a Delaware statutory trust | ☑ D ☐ E/F ☐ G |

Debtor Name    **Spectrum Healthcare, LLC**                    Case number (if known): **16-21635**

▌ **Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| Name | Mailing Address | Name | Check all schedules that apply |
| 2.6  **SPECTRUM HEALTHCARE TORRINGTON, LLC** | **27 NAEK ROAD VERNON, CT 06066** | MidCap Funding IV Trust, a Delaware statutory trust | ☑ D<br>☐ E/F<br>☐ G |

## United States Bankruptcy Court
### District of Connecticut

In re   **Spectrum Healthcare, LLC**

Debtor(s)

Case No.   **16-21635**

Chapter   **11**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document(s), consisting of **61** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 21, 2016**

Signature  **/s/ Sean Murphy**

**Sean Murphy**
**Chief Financial Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Debtor Name | **Spectrum Healthcare, LLC** |
|---|---|
| **United States Bankruptcy Court for the District of Connecticut** | |
| Case number (if known): | **16-21635** |

[X] Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1: Income**

### 1. Gross Revenue from business

[ ] None

| | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of Revenue | Gross Revenue (before deductions and exclusions) |
|---|---|---|---|---|---|
| 1.1 | From 1/1/2016 | To | 09/30/2016 | [ ] Operating a business<br>[✓] Other  Management Fees | $1,060,360.00 |
| 1.2 | From 1/1/2015 | To | 12/31/2015 | [ ] Operating a business<br>[✓] Other  Management Fees | $1,408,468.00 |
| 1.3 | From 1/1/2014 | To | 12/31/2014 | [ ] Operating a business<br>[✓] Other  Management Fees | $1,418,986.00 |

### 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

[X] None

| | Description of sources of revenue | Gross Revenue (before deductions and exclusions) |
|---|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

In re  Spectrum Healthcare, LLC                                         Case No.  16-21635

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments of transfers - including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1  Please See Attached SOFA Exhibit 3 | | | ☐ Secured Debt |
| | | | ☐ Unsecured Loan Payments |
| | | | ☐ Suppliers or vendors |
| | | | ☐ Services |
| | | | ☐ Other |

**4. Payments or other transfers of property made within 1 year before filing  this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1  Please See Attached SOFA Exhibit 4 | | | |

**Relationship to debtor**

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 2

In re  Spectrum Healthcare, LLC                                        Case No.  16-21635

---

| **Part 3:** | **Legal Actions or Assignments** |

---

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2 | Alicia Alexander v. Spectrum Healthcare, et al<br><br>**Case number**<br>CV16-6069582-S | Harassment | State of Connecticut<br>Superior Court<br>95 Washington Street<br>Hartford, CT 06106 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | The Metropolitan District Commission vs. Spectrum Health Care, LLC, Spectrum Healthcare Hartford, LLC & Nationwide Health Properties, Inc.<br><br>**Case number** | Money Damages | State of Connecticut<br>Superior Court<br>95 Washington Street<br>Hartford, CT 06106 | ☑ Pending<br>☐ On appeal<br><br>☐ Concluded |

---

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

---

In re  Spectrum Healthcare, LLC                                                                        Case No.  16-21635

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of gifts to that recipient is less than $1,000**

[X] None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

[X] None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106 A/B (Schedule A/B: Assets - Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|

| Part 6: | **Certain Payments of Transfers** |
|---|---|

In re  Spectrum Healthcare, LLC                                                      Case No.   16-21635

---

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | Rust Consulting/Omni Bankruptcy<br>5955 De Soto Ave.<br>Suite 100<br>Woodland Hills, CA 91367<br>**Email or website address**<br>www.omnimgt.com<br>**Who made the payment, if not debtor?** | | 10/05/2016 | $20,000.00 |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2 | Pullman & Comley, LLC<br>850 Main Street<br>P.O. Box 7006<br>Bridgeport, CT 06601-7006<br><br><br>**Email or website address**<br>www.pullcom.com<br>**Who made the payment, if not debtor?** | | 10/05/2016 | $125,000.00<br><br>Payment made was for all debtors. |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

---

In re  Spectrum Healthcare, LLC                                                    Case No.  16-21635

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.

Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

[X] None

| Who received transfer? Address. | Description of property transferred or payments received or debts paid in exchange. | Date transfer was made | Total amount or value |
|---|---|---|---|

---

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

[X] Does not apply

| Address | Dates of occupancy |
|---|---|

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

[✓] No  Go to Part 9.
[ ] Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | Location where patient records are maintained | How are records kept? ☐ Electronically ☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

In re  Spectrum Healthcare, LLC                                                Case No.   16-21635

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No
☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
    ☐ No
    ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No   Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.
    ☑ Yes. Fill in below:

| | |
|---|---|
| **Name of plan** | **Employer identification number of plan** |
| Spectrum Healthcare 401k Profit Sharing Plan & Trust | EIN: 06-1556149 |

    Has the plan been terminated?
    ☑ No
    ☐ Yes

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | ☐ Checking | | |
| | | ☐ Savings | | |
| | | ☐ Money Market | | |
| | | ☐ Brokerage | | |
| | | ☐ Other | | |

In re  Spectrum Healthcare, LLC                                      Case No.  16-21635

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

[X] None

| Depository institution name and address | Names of anyone with access to it. Address | Description of contents | Does debtor still have it? |
|---|---|---|---|
| | | | [ ] No |
| | | | [ ] Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

[ ] None

| Facility name and address | Names of anyone with access to it. Address | Description of contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 Iron Mountain<br>1000 Campus Drive<br>Collegeville, PA 19426 | Sean Murphy<br>27 Neak Rd.<br>Vernon Rockville, CT 06066 | Paper File Storage | [ ] No<br>[✓] Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

[X] None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |

| Part 12: | Details About Environmental Information |
|---|---|

In re  Spectrum Healthcare, LLC                                                          Case No.   16-21635

For the purpose of Part 12, the following definitions apply:
 - Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
 - Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
 - Hazardous material means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | | | ☐ On appeal |
| Case number | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

In re  Spectrum Healthcare, LLC                                                    Case No.   16-21635

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

[X] None

| Business name and address | Describe the nature of the business | Employer identification number. Dates business existed |
|---|---|---|

---

**26. Books, records, and financial statements**
**26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.**

[ ] None

| Name and address | Dates of service |
|---|---|
| 26a.1  Blum Shapiro<br>29 South Main St.<br>West Hartford, CT 06107 | |

**26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.**

[ ] None

| Name and address | Dates of service |
|---|---|
| 26b.1  Blum Shapiro<br>29 South Main St.<br>West Hartford, CT 06107 | |

**26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.**

[ ] None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1  Blum Shapiro<br>29 South Main St.<br>West Hartford, CT 06107 | |
| 26c.2  Sean Murphy<br>27 Naek Rd.<br>Vernon, CT 06066 | |

**26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.**

[ ] None

| Name and address |
|---|
| 26d.1  Midcap Funding IV Trust<br>7255 Woodmont Ave.<br>Suite 200<br>Bethesda, MD 20814 |

---

In re  Spectrum Healthcare, LLC                                                                                        Case No.  16-21635

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes.  Give the details about the two most recent inventories

| Name of the person who supervised<br>the taking of the inventory | Date of inventory | The dollar amount and basis<br>(cost, market, or other basis)<br>of each inventory |
|---|---|---|

Name and address of the person who has possession of inventory records

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

|      | Name | Address | Position and nature of<br>any interest | % of interest, if any |
|------|------|---------|---------------------------------------|-----------------------|
| 28.1 | Sean Murphy | | Chief Financial Officer<br>Member Interest | 6.67% |
| 28.2 | Howard Dickstein | | Member Interest | 86.66% |
| 28.3 | Brian Dickstein | | Member Interest | 6.67% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of<br>any interest | Period during which<br>position or interest was held |
|------|---------|---------------------------------------|------------------------------------------------------|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes.  Identify below.

|      | Name and address of recipient | Amount of money or description and<br>value of property | Dates | Reason for providing this<br>value |
|------|-------------------------------|---------------------------------------------------------|-------|------------------------------------|
| 30.1 | Please Refer to SOFA Exhibit 4 | | | |
|      | **Relationship to debtor** | | | |

In re Spectrum Healthcare, LLC

Case No. 16-21635

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|

## Part 14: Signature and Declaration

**WARNING** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on.      12/20/2016
                  MM / DD / YYYY

 /s/ Sean Murphy                                             Printed name    Sean Murphy
Signature of individual signing on behalf of the debtor

Position or relationship to the debtor      Chief Financial Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT 3

## PAYMENTS TO CREDITORS

Spectrum Healthcare, LLC
Case No. 16-21635
SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case

| NAME | ADDRESS1 | ADDRESS 2 | ADDRESS3 | DATES | VALUE | REASONS FOR PAYMENT OR TRANSFER |
|---|---|---|---|---|---|---|
| BLUM, SHAPIRO & COMPANY P.C | DEPT. 106067 | P.O. BOX 150489 | HARTFORD, CT 06115-0489 | 8/10/2016 | $ 13,446.05 | |
| BLUM, SHAPIRO & COMPANY P.C | DEPT. 106067 | P.O. BOX 150489 | HARTFORD, CT 06115-0489 | 8/23/2016 | $  9,100.00 | |
| BLUM, SHAPIRO & COMPANY P.C TOTAL: | | | | | $ 22,546.05 | |
| CHUBB & SON | P.O. BOX 382001 | PITTSBURGH, PA 15250-8001 | | 9/20/2016 | $ 12,125.50 | FIDUCIARY PREM & SERVICE |
| CHUBB & SON TOTAL: | | | | | $ 12,125.50 | |
| JOHN HANCOCK LIFE INSURANCE | P.O. BOX 55979 | BOSTON, MA 02205-55979 | | 8/9/2016 | $  7,678.12 | BJD & SPM |
| JOHN HANCOCK LIFE INSURANCE TOTAL: | | | | | $  7,678.12 | |
| PATRICK W. BOATMAN, LLC | 111 FOUNDERS PLAZA, SUITE 1000 | EAST HARTFORD, CT 06108 | | 7/21/2016 | $  8,241.54 | JULY 21, 2016 |
| PATRICK W. BOATMAN, LLC TOTAL: | | | | | $  8,241.54 | |
| THE RASHID HAMID FAMILY LLP | 27 NAEK ROAD | VERNON ROCKVILLE, CT 06066 | | 7/20/2016 | $  3,491.00 | JUNE RENT |
| THE RASHID HAMID FAMILY LLP | 27 NAEK ROAD | VERNON ROCKVILLE, CT 06066 | | 8/11/2016 | $  3,491.00 | JULY RENT |
| THE RASHID HAMID FAMILY LLP | 27 NAEK ROAD | VERNON ROCKVILLE, CT 06066 | | 9/21/2016 | $  3,491.00 | AUGUST RENT |
| THE RASHID HAMID FAMILY LLP TOTAL: | | | | | $ 10,473.00 | |
| GRAND TOTAL: | | | | | $ 61,064.21 | |

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT 4

## PAYMENTS TO INSIDERS

Spectrum Healthcare, LLC
Case No. 16-21635
SOFA 4. Payments or other transfers of property made within 1 year before filing  this case that benefited any insider

| NAME | ADDRESS1 | ADDRESS2 | DATES | TOTAL AMOUNT | REASONS FOR PAYMENT/TRANSFER | RELATIONSHIP TO DEBTOR |
|---|---|---|---|---|---|---|
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 10/9/2015 | $ 6,794.00 | PAYROLL FOR 2015 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 10/13/2015 | $ 2,720.19 | MARCH, 2015 EXPENSES PAID OCTOBER 2015, OFFICE SUPPLIES, MEALS, CK010369 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 10/23/2015 | $ 6,794.00 | PAYROLL FOR 2015 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 11/6/2015 | $ 6,794.00 | PAYROLL FOR 2015 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 11/20/2015 | $ 6,794.00 | PAYROLL FOR 2015 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 12/4/2015 | $ 6,794.00 | PAYROLL FOR 2015 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 12/10/2015 | $ 7,277.32 | APRIL - JULY 2015 EXPENSES PAID DECEMBER 2015, OFFICE SUPPLIES, MEALS, CK010395 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 12/18/2015 | $ 6,794.00 | PAYROLL FOR 2015 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 1/1/2016 | $ 6,794.00 | PAYROLL FOR 2016 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 1/15/2016 | $ 6,794.00 | PAYROLL FOR 2016 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 1/29/2016 | $ 6,794.00 | PAYROLL FOR 2016 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 2/12/2016 | $ 6,794.00 | PAYROLL FOR 2016 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 2/26/2016 | $ 6,794.00 | PAYROLL FOR 2016 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 3/11/2016 | $ 6,794.00 | PAYROLL FOR 2016 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 3/25/2016 | $ 6,794.00 | PAYROLL FOR 2016 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 4/8/2016 | $ 6,794.00 | PAYROLL FOR 2016 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 4/15/2016 | $ 5,467.70 | AUG - NOV 2015 EXPENSES PAID APRIL 2016, OFFICE SUPPLIES, MEALS, INCENTIVE CARDS, CK010460 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 4/22/2016 | $ 6,794.00 | PAYROLL FOR 2016 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 5/6/2016 | $ 6,794.00 | PAYROLL FOR 2016 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 5/17/2016 | $ 470.94 | CORRECT INSURANCE DEDUCTION, CK010481 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 5/20/2016 | $ 6,794.00 | PAYROLL FOR 2016 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 6/3/2016 | $ 6,794.00 | PAYROLL FOR 2016 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 6/17/2016 | $ 6,794.00 | PAYROLL FOR 2016 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 6/22/2016 | $ 5,000.00 | DEC 2015 PARTIAL EXPENSES PAID JUNE 2016, OFFICE SUPPLIES, MEALS, HOLIDAY GIFT CARDS, CK010502 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 7/1/2016 | $ 6,794.00 | PAYROLL FOR 2016 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 7/15/2016 | $ 6,794.00 | PAYROLL FOR 2016 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 7/29/2016 | $ 6,794.00 | PAYROLL FOR 2016 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 8/11/2016 | $ 7,249.09 | DEC 2015 - JAN 2016 EXPENSE PAID AUG 2016, OFFICE SUPPLIES, MEALS, HOLIDAY GIFT CARDS, CK010521 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 8/12/2016 | $ 6,794.00 | PAYROLL FOR 2016 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 8/26/2016 | $ 6,794.00 | PAYROLL FOR 2016 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 9/9/2016 | $ 6,794.00 | PAYROLL FOR 2016 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 9/23/2016 | $ 6,794.00 | PAYROLL FOR 2016 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN | 27 NEAK ROAD | VERNON, CT 06066 | 9/29/2016 | $ 10,245.46 | FEB 2016-JUNE 2016 EXPNSES PAID SEPT 2016 OFFICE SUPPLIES, MEALS, INCENTIVE CARDS, CK010544 | CHIEF OPERATING OFFICER |
| BRIAN DICKSTEIN TOTAL: | | | | $ 215,074.70 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 10/9/2015 | $ | 4,062.92 | PAYROLL FOR 2015 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 10/23/2015 | $ | 4,062.92 | PAYROLL FOR 2015 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 11/6/2015 | $ | 4,062.92 | PAYROLL FOR 2015 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 11/20/2015 | $ | 4,062.92 | PAYROLL FOR 2015 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 12/4/2015 | $ | 4,062.92 | PAYROLL FOR 2015 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 12/10/2015 | $ | 268.96 | OCT, 2015 EXPENSES PAID DEC 2015, OFFICE SUPPLIES, CK010396 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 12/18/2015 | $ | 4,062.92 | PAYROLL FOR 2015 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 1/1/2016 | $ | 4,062.92 | PAYROLL FOR 2016 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 1/15/2016 | $ | 4,062.92 | PAYROLL FOR 2016 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 1/29/2016 | $ | 4,062.92 | PAYROLL FOR 2016 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 2/12/2016 | $ | 4,062.92 | PAYROLL FOR 2016 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 2/26/2016 | $ | 4,062.92 | PAYROLL FOR 2016 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 3/11/2016 | $ | 4,062.92 | PAYROLL FOR 2016 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 3/25/2016 | $ | 4,062.92 | PAYROLL FOR 2016 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 4/8/2016 | $ | 4,062.92 | PAYROLL FOR 2016 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 4/22/2016 | $ | 4,062.92 | PAYROLL FOR 2016 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 5/6/2016 | $ | 4,062.92 | PAYROLL FOR 2016 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 5/17/2016 | $ | 277.22 | CORRECT INSURANCE DEDUCTION, CK010482 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 5/20/2016 | $ | 4,062.92 | PAYROLL FOR 2016 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 6/3/2016 | $ | 4,062.92 | PAYROLL FOR 2016 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 6/17/2016 | $ | 4,062.92 | PAYROLL FOR 2016 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 7/1/2016 | $ | 4,062.92 | PAYROLL FOR 2016 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 7/15/2016 | $ | 4,062.92 | PAYROLL FOR 2016 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 7/29/2016 | $ | 4,062.92 | PAYROLL FOR 2016 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 8/12/2016 | $ | 4,062.92 | PAYROLL FOR 2016 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 8/26/2016 | $ | 4,062.92 | PAYROLL FOR 2016 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 9/9/2016 | $ | 4,062.92 | PAYROLL FOR 2016 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN | 111 BOULDER CREST LANE | VERNON, CT 06066 | 9/23/2016 | $ | 4,062.92 | PAYROLL FOR 2016 | CHIEF EXECUTIVE OFFICER |
| HOWARD DICKSTEIN TOTAL: | | | | $ | 106,182.10 | | |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 10/9/2015 | $ | 6,794.00 | PAYROLL FOR 2015 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 10/23/2015 | $ | 6,794.00 | PAYROLL FOR 2015 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 11/6/2015 | $ | 6,794.00 | PAYROLL FOR 2015 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 11/20/2015 | $ | 6,794.00 | PAYROLL FOR 2015 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 12/4/2015 | $ | 6,794.00 | PAYROLL FOR 2015 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 12/18/2015 | $ | 6,794.00 | PAYROLL FOR 2015 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 1/1/2016 | $ | 6,794.00 | PAYROLL FOR 2016 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 1/15/2016 | $ | 6,794.00 | PAYROLL FOR 2016 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 1/29/2016 | $ | 6,794.00 | PAYROLL FOR 2016 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 2/12/2016 | $ | 6,794.00 | PAYROLL FOR 2016 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 2/26/2016 | $ | 6,794.00 | PAYROLL FOR 2016 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 3/11/2016 | $ | 6,794.00 | PAYROLL FOR 2016 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 3/25/2016 | $ | 6,794.00 | PAYROLL FOR 2016 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 4/8/2016 | $ | 6,794.00 | PAYROLL FOR 2016 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 4/22/2016 | $ | 6,794.00 | PAYROLL FOR 2016 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 5/6/2016 | $ | 6,794.00 | PAYROLL FOR 2016 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 5/17/2016 | $ | 162.86 | CORRECT INSURANCE DEDUCTION; CK010483 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 5/20/2016 | $ | 6,794.00 | PAYROLL FOR 2016 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 6/3/2016 | $ | 6,794.00 | PAYROLL FOR 2016 | CHIEF FINANCIAL OFFICER |

| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 6/17/2016 | $ | 6,794.00 | PAYROLL FOR 2016 | CHIEF FINANCIAL OFFICER |
|---|---|---|---|---|---|---|---|
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 7/1/2016 | $ | 6,794.00 | PAYROLL FOR 2016 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 7/15/2016 | $ | 6,794.00 | PAYROLL FOR 2016 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 7/29/2016 | $ | 6,794.00 | PAYROLL FOR 2016 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 8/12/2016 | $ | 6,794.00 | PAYROLL FOR 2016 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 8/26/2016 | $ | 6,794.00 | PAYROLL FOR 2016 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 9/9/2016 | $ | 6,794.00 | PAYROLL FOR 2016 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY | 27 NEAK ROAD | VERNON ROCKVILLE, CT 06066 | 9/23/2016 | $ | 6,794.00 | PAYROLL FOR 2016 | CHIEF FINANCIAL OFFICER |
| SEAN MURPHY TOTAL: | | | | $ | 176,806.86 | | |
| GRAND TOTAL: | | | | $ | 498,063.66 | | |

Debtor Name     **Spectrum Healthcare Hartford, LLC**

**United States Bankruptcy Court for the  District of Connecticut**

Case number (if known):        **16-21637**

[X] Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:    Summary of Assets

*1. Schedule A/B: Assets - Real and Personal Property*    (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*..................................................................................................................

$0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*..............................................................................................................

$4,175,327.00

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*..................................................................................................................

$4,175,327.00

### Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property*    (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D............................

$8,343,879.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims*    (Official Form 206E/F)

3a. **Total of amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*............................................................

$1,016,350.26

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total amount of claims from Part 2 from line 5b of  *Schedule E/F*..................................................  **+**

$9,479,634.53

4.  **Total liabilities**  ...........................................................................................................
Lines 2 + 3a + 3b

$18,839,863.79

**Fill in this information to identify the case:**

Debtor name **Spectrum Healthcare, LLC**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known) **16-21635**

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 21, 2016**

/s/ Sean Murphy                                                  **Sean Murphy**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Chief Financial Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes