**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: <br><br> SPECTRUM HEALTHCARE LLC, ET AL[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 16-21635 (JJT) <br> through 16-21639 (JJT) <br> (Jointly Administered) |

**MODIFICATION TO THIRD AMENDED PLAN OF REORGANIZATION FOR SPECTRUM HEALTHCARE MANCHESTER, LLC**
**(As modified November 30, 2017)**

Spectrum Healthcare Manchester, LLC, as Debtor and Debtor-in-Possession, by its undersigned counsel, hereby submits the following modification to the Third Amended Plan of Reorganization for Spectrum Healthcare Manchester, LLC (As Modified November 30, 2017) (the "Plan"):

Section 4.01(c)(1) of the Plan shall be modified to change the reference to "a $3 million revolving loan facility" to a "$2.75 million revolving loan facility."

Dated at Bridgeport, Connecticut, this 18th day of December, 2017.

                                             Pullman & Comley, LLC
                                             Attorneys for Debtors,
                                             SPECTRUM HEALTH CARE, LLC, ET AL

                                  By: /s/ Irve J. Goldman
                                          Irve J. Goldman (ct02404)
                                          Pullman & Comley, LLC
                                          850 Main Street
                                          Bridgeport, CT 06604
                                          T: (203) 330-2000; Fax (202) 576-8888
                                          igoldman@pullcom.com

---

[1] Spectrum Healthcare, LLC (Case No. 16-21635); Spectrum Healthcare Torrington, LLC (Case No. 16-21639); Spectrum Healthcare Derby, LLC (Case No. 16-21636), Spectrum Healthcare Manchester, LLC (Case No. 16-21638); and Spectrum Healthcare Hartford, LLC (Case No. 16-21637).