**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| In re: | x ) | Chapter 11 |
| SPECTRUM HEALTHCARE, LLC, et al[1] | ) ) | Case Nos. 16-21635 (JJT) through 16-21639(JJT) |
| Debtors. | ) | |
| | x | Jointly Administered |

## ORDER CONFIRMING PLAN

The Third Amended Plan of Reorganization for Spectrum Healthcare Manchester, LLC ("Debtor" or "Spectrum Manchester"), filed by Spectrum Manchester on October 24, 2017 (the "Third Amended Plan"), having been transmitted to creditors and equity security holders; and the Third Amended Plan having been modified by a Third Amended Plan of Reorganization for Spectrum Healthcare Manchester, LLC (As Modified November 30, 2017), filed by Spectrum Manchester on November 30, 2017 (the "Nov. 30 Modified Third Amended Plan"), and a technical Modification to the Nov. 30 Modified Third Amended Plan having been filed on December 18, 2017 (collectively with the Nov. 30 Modified Third Amended Plan, the "Final Modified Third Amended Plan"), and the Court having ruled, by separate order, that the acceptances received by the Debtor to the Third Amended Plan shall be deemed to be acceptances of the Nov. 30 Modified Third Amended Plan without the need for further disclosure or solicitation; and the Final Modified Third Amended Plan having been presented to the Court for confirmation at a hearing held on December 19, 2017 (the "Confirmation Hearing") upon due notice to all parties entitled thereto; and all prior objections to confirmation having been resolved; and the Court having determined after hearing on notice that the requirements for

---

[1] Spectrum Healthcare, LLC, Case No. 16-21635, Spectrum Healthcare Derby, LLC, Case No. 16-21636, Spectrum Healthcare Hartford, LLC, Case No. 16-216347, Spectrum Healthcare Manchester, LLC, Case No. 16-21638 and Spectrum Healthcare Torrington, LLC, Case No. 16-21639.

confirmation set forth in 11 U.S.C. §1129(a) have been satisfied and, and based on the record of the Confirmation Hearing and in particular, the representations and proffer made by counsel for the Debtor at the Confirmation Hearing and the testimony and other evidence presented at the Confirmation Hearing, **IT IS HEREBY ORDERED**[2] as follows:

1. Based on the representations of counsel for the Debtor at the Confirmation Hearing, the following shall constitute revisions to the Final Modified Third Amended Plan: (a) the scope of the injunction in §14.02 shall be narrowed to coincide with the scope of the releases provided for in §10.01; and (b) the reservation in §3.04 for the Debtor's Professionals to seek to collect any allowed and unpaid fees and expenses from the Reorganized Debtor from excess cash shall be limited for a period of five years from the Effective Date.

2. The Management Agreement entered into evidence as Debtor's Exhibit B is approved.

3. The Final Modified Third Amended Plan, as revised by ¶1 above, is confirmed. The terms of the Final Modified Third Amended Plan, as revised by ¶1 above, are incorporated herein by reference and are an integral part of this Confirmation Order. The terms of the Final Modified Third Amended Plan and all other relevant and necessary documents shall be effective and binding as of the Effective Date.

4. The Exit Financing Facility is integral to the Final Modified Third Amended Plan and is approved by the Court, and the Debtor is authorized to take all actions required under the Final Modified Third Amended Plan and the Exit Financing Facility to effectuate the Final Modified Third Amended Plan and the Exit Financing Facility.

---

[2] Capitalized terms used in this Order Confirming Plan (the "Confirmation Order"), if not expressly defined herein, shall have the meanings ascribed to them in the Final Modified Third Amended Plan.

5. The Court expressly approves the release provisions in Article X of the Final Modified Third Amended Plan, the exculpation provisions in Article XI of the Final Modified Third Amended Plan and, subject to ¶1 above, the injunction provisions in Article XIV of the Final Modified Third Amended Plan.

6. A bar date for the filing of Administrative Claims is set as 60 days from the date the Debtor files a Notice of Occurrence of Effective Date with the Court, which shall be filed on the date the Effective Date occurs. The Debtor shall cause timely and appropriate Notice of the Administrative bar order to be served upon those parties it seeks to bind to such order following the Effective Date of the Plan.

7. An application for a final decree shall be filed on or before March 15, 2018.

8. The stay of this Confirmation Order provided by Fed. R. Bankr. P. 3020(e) is waived, and this Confirmation Order shall be effective and enforceable immediately upon its entry by the Court.

**IT IS SO ORDERED** at Hartford, Connecticut this 20th day of December 2017.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut