**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
TORRINGTON DIVISION**

| | |
|---|---|
| In re:<br><br>SPECTRUM HEALTHCARE LLC, ET AL[1]<br><br>　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 16-21635<br>) Through 16-21639 (JJT)<br>)<br>) (Jointly Administered)<br>) ECF No. 712 |

**ORDER DISMISSING CHAPTER 11 CASE OF
<u>SPECTRUM HEALTHCARE TORRINGTON, LLC</u>**

The Debtor and Debtor in Possession, Spectrum Healthcare Torrington, LLC ("Spectrum Torrington"), having filed a Motion for Dismissal of Chapter 11 Case of Spectrum Healthcare Torrington, LLC (the "Motion to Dismiss"), and after notice and an opportunity for hearing, and a hearing having been held, and it appearing to the Court that a dismissal is in the interests of creditors and Spectrum Torrington under 11 U.S.C. §305(a(1) and that cause for dismissal exists under 11 U.S.C. §§1112(b)(1), (4), it is hereby,

**ORDERED**, that the Chapter 11 case of Spectrum Torrington is dismissed, subject to the conditions more particularly set forth herein below; and it is further

**ORDERED**, that pursuant to the provisions of each of the previous twenty-one (21) Orders authorizing the use of cash collateral (including but not limited to the Twenty-First Order (1) Authorizing the Use of Cash Collateral, (2) Granting Adequate Protection, and (3) Granting

---

[1] Spectrum Healthcare, LLC (Case No. 16-21635); Spectrum Healthcare Torrington, LLC (Case No. 16-21639); Spectrum Healthcare Derby, LLC (Case No. 16-21636), Spectrum Healthcare Manchester, LLC (Case No. 16-21638); and Spectrum Healthcare Torrington, LLC (Case No. 16-21637).

ACTIVE/78433.1/IJG/7024053v1

Related Relief) (the "Cash Collateral Orders"), all provisions of those previous orders shall survive the dismissal of this case; and it is further

**ORDERED**, that the requirement raised at the hearing on the Motion to Dismiss that Spectrum Torrington's secured lender, MidCap Funding IV Trust, as assignee of MicCap Financial, LLC, must: (i) relinquish and transfer to Spectrum Torrington's counsel, Pullman & Comley, LLC, the sum of $125,000 from the proceeds of accounts receivable collected by Spectrum Torrington, on account of the balance remaining to be funded for the "Carve-Out" for Debtors' professionals as set forth in the Cash Collateral Orders; and (ii) make available to Spectrum Torrington from the proceeds of accounts receivable collected by Spectrum Torrington, a sum sufficient to pay quarterly fees owing to the United States Trustee for the fourth quarter of 2017 and first quarter of 2018, is acknowledged by Spectrum Torrington and is deemed by the Court as having been satisfied; and it is further

**ORDERED,** the quarterly fees owing to the United States Trustee for the fourth quarter of 2017 and the first and second quarters of 2018, for a total of $6,862.36, shall forthwith be paid by Spectrum Torrington to the United States Trustee in payment of such fees; and it is further

**ORDERED,** that the dismissal of Spectrum Torrington's Chapter 11 case shall be effective, upon the entry of this Order. Monthly operating report for the months of January 2017, February 2017 and March 2017 shall nonetheless be promptly filed; and it is further

**ORDERED,** that the Court reserves jurisdiction to consider the request of any party in interest to enforce this order or any prior orders of the Court entered in these Chapter 11 cases, or to consider and rule upon any matter that properly relates to Spectrum Torrington's Chapter 11 case and is properly subject to adjudication by this Court.

Dated at Hartford, Connecticut this 6th day of June, 2018.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut